# TABLE OF CONTENTS

Exhibit 1:    Notice to Appear, August 13, 2007

Exhibit 2:    Petition for Alien Relative, Jevlin Roshima Ali

Exhibit 3:    Marriage Certificate, Ifran Ali and Jevlin Lal

Exhibit 4:    Birth Certificate, Imraz Asim Ali

Exhibit 5:    Notice of Approval of Relative Immigrant Visa Petition, May 12, 2005

Exhibit 6:    IJ's Memorandum and Order, July 23, 2007

Exhibit 7:    Criminal Docket Sheet, April 9, 2001

Exhibit 8:    Sheriff's Booking Info. Sheet, July 31, 2003

Exhibit 9:    Criminal Docket Sheet, July 26, 2007

Exhibit 10:   Criminal Complaint, Superior Court of California, County of San Mateo, dated May 10, 2004

Exhibit 11:   Declaration of Robert B. Jobe

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
120 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA   94104

RE:  ALI, IFRAN
FILE:  A70-149-531

DATE:  Aug 13, 2007

TO:

SHARP, TIFFANI S.
25 CADILLAC DRIVE, SUITE 128
SACRAMENTO, CA  95825

Please take notice that the above captioned case has been scheduled for a INDIVIDUAL hearing before the Immigration Court on 12/17/07 at 9:00Am at:

630 SANSOME STREET
SAN FRANCISCO, CA  94111

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court.  Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative.  If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.  You can request an earlier hearing in writing.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:  (1) You may be taken into custody by the Department of Homeland Security and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act.  An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN FRANCISCO, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of free legal service providers has been given to you.  For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO:  [√] ALIEN    [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE:  3/3/07    BY: COURT STAFF _____    N3
      Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

U.S. Department of Justice
Immigration and Naturalization Service

**Petition for Alien Relative**

OMB#1115-0054

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY |
|---|

A#

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A)Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Action Stamp

Fee Stamp

Petition was filed on: _____ (priority date)
- [ ] Personal Interview    [ ] Previously Forwarded
- [ ] Pet. [ ] Ben. " A" File Reviewed    [ ] I-485 Filed Simultaneously
- [ ] Field Investigation    [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved    [ ] 203(g) Resolved

Remarks:

## A. Relationship   You are the petitioner; your relative is the beneficiary.

**1. I am filing this petition for my:**
[x] Husband/Wife   [ ] Parent   [ ] Brother/Sister   [ ] Child

**2. Are you related by adoption?**
[ ] Yes   [x] No

**3. Did you gain permanent residence through adoption?**
[ ] Yes   [x] No

## B. Information about you

**1. Name (Family name in CAPS)** (First) (Middle)
ALI    JEVLIN    ROSHIMA

**2. Address (Number and Street)** (Apt.No.)
1203 Garden Street

(Town or City) (State/Country) (Zip/Postal Code)
E. Palo Alto    CA    94303

**3. Place of Birth (Town or City)** (State/Country)
SUVA    FIJI

**4. Date of Birth (Month/Day/Year)** 01-13-1981
**5. Gender** [ ] Male [x] Female
**6. Marital Status** [x] Married [ ] Single [ ] Widowed [ ] Divorced

**7. Other Names Used (including maiden name)**
JEVLIN ROSHIMA LAL (maiden)

**8. Date and Place of Present Marriage (if married)**
10-17-2003   OAKLAND, CA USA

**9. Social Security Number (if any)** 622 32 6066
**10. Alien Registration Number** 41 530 418

**11. Name(s) of Prior Husband(s)/Wive(s)** NONE
**12. Date(s) Marriage(s) Ended**

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [ ] Naturalization. Give certificate number and date and place of issuance.
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  [ ] Yes. Give certificate number, date and place of issuance. [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.
02-20-1990

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes [x] No

## C. Information about your relative

**1. Name (Family name in CAPS)** (First) (Middle)
ALI    IFRAN    ISTIFAQ

**2. Address (Number and Street)** (Apt. No.)
1203 Garden Street

(Town or City) (State/Country) (Zip/Postal Code)
E. Palo Alto    CA    94303

**3. Place of Birth (Town or City)** (State/Country)
SUVA    CA

**4. Date of Birth (Month/Day/Year)** 01-13-1981
**5. Gender** [x] Male [ ] Female
**6. Marital Status** [x] Married [ ] Single [ ] Widowed [ ] Divorced

**7. Other Names Used (including maiden name)**
NONE

**8. Date and Place of Present Marriage (if married)**
10-17-2003   OAKLAND, CA USA

**9. Social Security Number (if any)** 615 42 6756
**10. Alien Registration Number** 70 149 531

**11. Name(s) of Prior Husband(s)/Wive(s)** NONE
**12. Date(s) Marriage(s) Ended**

**13. Has your relative ever been in the U.S.?**
[x] Yes [ ] No

**14. If your relative is currently in the U.S., complete the following:** He or she arrived as a:: (visitor, student, stowaway, without inspection, etc.) 03-04-1989
Arrival/Departure Record (I-94) 096 8 7 0 4 4 7 0 1
Date arrived (Month/Day/Year) 03-04-1989
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95   UNKNOWN

**15. Name and address of present employer (if any)**
Certified Plumbing 251 E. Empire St. San Jose
Date this employment began (Month/Day/Year) 12-01

**16. Has your relative ever been under immigration proceedings?**
[ ] No [x] Yes Where S.F. CA When 11-24-2003
[x] Removal [ ] Exclusion/Deportation [ ] Recission [ ] Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appr'd _____ Denied _____ Ret'd _____

Form I-130 (Rev. 06/05/02) Y

## C. Information about your alien relative (continued)

17. List husband/wife and all children of your relative.

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| JEVLIN ROSHIMA ALI | WIFE | 01-13-1981 | FIJI |
| IMRAZ ASIM ALI | SON | 08-11-2000 | USA |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 1203 Garden Street | E. Palo Alto | CA |

19. Your relative's address abroad. (Include street, city, province and country)

NONE

Phone Number (if any)

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)                Address (Include street, city, province and country):

21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):

1203 Garden Street, E. Palo Alto, CA, 28538 Lake Crest, Sac., 2364 Oakwood Dr, E. Palo Alto

| From: (Month) (Year) | To: (Month) (Year) |
|---|---|
| 06-99 | present |

22. Complete the information below if your relative is in the United States and will apply for adjustment of status

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and Naturalization Service in San Francisco    CA    . If your relative is not eligible for adjustment of status, he or she
        (City)    (State)

will apply for a visa abroad at the American consular post in SUVA    FIJI
        (City)    (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before?   ☐ Yes   ☒ No
If "Yes," give name, place and date of filing and result.

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 04-03-04    Phone Number 650 289-0789

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

| Print Name | Judith Lott | Signature | | Date |
|---|---|---|---|---|

Address   39200 State Street, Fremont, CA 94538

G-28 ID or VOLAG Number, if any.   CA SBN 173085

Form I-130 (Rev. 06/05/02) Y Page 2



**CERTIFICATION OF VITAL RECORD**

OFFICE OF RECORDER

# COUNTY OF ALAMEDA

OAKLAND, CALIFORNIA

## LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

STATE FILE NUMBER · LOCAL REGISTRATION NUMBER

1A. NAME OF BRIDEGROOM—FIRST (GIVEN): **ISTIFAQ**  1B. MIDDLE  1C. LAST (FAMILY): **ALI**

2A. RESIDENCE—STREET AND NUMBER: GARDEN ST  2B. CITY: **PALO ALTO**  2C. ZIP CODE: **94303**  2D. COUNTY: **SAN MATEO**  3. STATE OF BIRTH: **FIJI ISLAND**

8A. USUAL OCCUPATION: **PLUMBER**  8B. USUAL KIND OF BUSINESS OR INDUSTRY: **COMMERCIAL**

10A. FULL NAME OF FATHER: **ANSAL**  MAIDEN NAME OF MOTHER  STATE OF BIRTH: **FIJI ISLAND**

2A. RESIDENCE: **1203 GARDEN**  **PALO ALTO**  STATE OF BIRTH: **FIJI ISLAND**

18B. USUAL KIND OF BUSINESS OR INDUSTRY: **OFFICE**

19. STATE OF BIRTH: **FIJI ISLAND**

25C. NAME OF COUNTY CLERK: **PATRICK O'CONNELL**

26B. ADDRESS—STREET AND NUMBER: **272 Gonzaga St**

28. THEREBY CERTIFY THAT THE ABOVE NAMED BRIDEGROOM AND BRIDE WERE JOINED IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

**October**  **17**  **2003**

**OAKLAND**  **ALAMEDA**  CALIFORNIA

29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT): **BRENDA KO**

29E. MAILING ADDRESS: **1106 MADISON ST OAKLAND CA 94607**

30A. SIGNATURE OF LOCAL REGISTRAR  30B. SIGNATURE OF DEPUTY (IF APPLICABLE): **Melissa Wade** DEPUTY  31. DATE ACCEPTED FOR REGISTRATION: **10/17/2003**

CALIFORNIA DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

VS-117



1400080

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Recorder.




*001400080*

PATRICK O'CONNELL
ALAMEDA COUNTY RECORDER

DATE ISSUED    OCT 17 2003

CERTIFICATION OF VITAL RECORD

OFFICE OF RECORDER.

# COUNTY OF ALAMEDA

### OAKLAND, CALIFORNIA

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA

| | | | |
|---|---|---|---|
| THIS CHILD | ABRA | ASIM | ALI |
| | MALE | SINGLE | 06/11/2000 |
| PLACE OF BIRTH | ST. ROSE HOSPITAL | | |
| | HAYWARD | ALAMEDA | HOSPITAL |
| FATHER OF CHILD | IRFAN | | ALI |
| MOTHER OF CHILD | JEWLIN | HUSSAIN | IQAL |
| INFORMANT-CERTIFICATION | | | |
| CERTIFICATION OF BIRTH | BENILDA TAN MD, 27206 CALAROGA, STE 210 HAYWARD | | |
| LOCAL REGISTRAR | | | |

1398602

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the Alameda County Recorder.

DATE ISSUED OCT 09 2003

*001398602*

PATRICK O'CONNELL
ALAMEDA COUNTY RECORDER

U.S. Department of Homeland Security
630 Sansome Street, E-11
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

US DHS
SAN FRANCISCO
RETAIN THIS RECEIPT

2:14PM    May 12/05
00-0000 001    SFR-AD
#16623

A #        70149531
Last Name      ALI
First Name    IFRAN

I-601    $250.00
I-485E    $315.00

XTTL     $565.00
Check    $365.00
Cash     $200.00

XOfficialX
XDocumentX

# NOTICE OF APPROVAL OF RELATIVE IMMIGRANT VISA PETITION

| NAME OF BENEFICIARY: | |
|---|---|
| Ifran Estifaq Ali | |
| CLASSIFICATION: | FILE NUMBER: |
| 201(b) Spouse | A 70 149 531 |
| DATE PETITION FILED: | DATE OF APPROVAL OF PETITION: |
| April 30, 2004 | May 12, 2005 |

DATE:  May 12, 2005

The petition confers upon the beneficiary an appropriate classification. The approval constitutes no assurance that the beneficiary will be found to the United States or adjustment to lawful permanent resident status. Eligibility for visa issuance is determined only when application therefore is made to an immigration officer. Also, please note the items checked below:

1. TO CLASSIFY THE BENEFICIARY AS AN IMMEDIATE RELATIVE OF A UNITED STATES CITIZEN HAS BEEN THE NATIONAL VISA CENTER (NVC). THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THE CONSULATE, WHICH IS UNDER THE SUPERVISION OF THE DEPARTMENT OF STATE, WILL ADVISE THE BENEFICIARY ISSUANCE. *Inquiry concerning visa issuance should be addressed to the NVC. This Service will be unable to answer any inquiry concerning visa issuance.*

2. ☐  IF YOU BECOME NATURALIZED AS A CITIZEN OF THE UNITED STATES AND AN IMMIGRANT VISA HAS NOT YET BEEN ISSUED TO THE BENEFICIARY, NOTIFY THIS OFFICE IMMEDIATELY, GIVING THE DATE OF YOUR NATURALIZATION. AT THE SAME TIME, IF THE PETITION WAS IN BEHALF OF YOUR SON OR DAUGHTER, ALSO ADVISE WHETHER THAT PERSON IS STILL UNMARRIED. THIS INFORMATION MAY EXPEDITE THE ISSUANCE OF A VISA TO THE BENEFICIARY.

3. ☐  YOUR PETITION FOR PREFERENCE CLASSIFICATION, AS SHOWN ABOVE, HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT _____. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THIS SERVICE HAS NOTHING TO DO WITH THE ACTUAL ISSUANCE OF VISAS. VISAS ARE ISSUED ONLY BY UNITED STATES CONSULS WHO ARE UNDER THE JURISDICTION OF THE U.S. DEPARTMENT OF STATE. UNDER THE LAW ONLY A LIMITED NUMBER OF VISAS MAY BE ISSUED BY THAT DEPARTMENT DURING EACH YEAR AND THEY MUST BE ISSUED STRICTLY IN THE CHRONOLOGICAL ORDER IN WHICH PETITIONS WERE FILED FOR THE SAME CLASSIFICATION. WHEN THE BENEFICIARY'S TURN IS REACHED ON THE VISA WAITING LIST, THE UNITED STATES CONSUL WILL INFORM HIM AND CONSIDER ISSUANCE OF THE VISA. *Inquiry concerning visa issuance should be addressed to the Consul. This Service will be unable to answer any inquiry concerning visa issuance.*

4. ☐  THE PETITION STATES THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE APPLICATION FOR THIS PURPOSE (FORM I-485) SHOULD BE COMPLETED AND SUBMITTED BY THE BENEFICIARY WITHIN 30 DAYS IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED THEREIN. (IF THE BENEFICIARY HAD PREVIOUSLY SUBMITTED FORM I-485 WHICH WAS RETURNED TO HIM, HE SHOULD RESUBMIT THAT FORM WITHIN 30 DAYS.)

5. ☐  THE BENEFICIARY WILL BE INFORMED OF THE DECISION MADE ON HIS/HER PENDING APPLICATION TO BECOME A LAWFUL PERMANENT RESIDENT(FORM I-485).

6. ☐  THE PETITION STATES THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. HOWEVER, AN IMMIGRANT VISA NUMBER IS NOT PRESENTLY AVAILABLE, THEREFORE, THE BENEFICIARY MAY NOT APPLY TO BECOME A PERMANENT RESIDENT.

7. ☐  ORIGINAL DOCUMENTS SUBMITTED IN SUPPORT OF YOUR PETITION UNACCOMPANIED BY COPIES THEREOF HAVE BEEN MADE A PERMANENT PART OF THE PETITION. ANY OTHERS ARE RETURNED HEREWITH.

8. ☒  REMARKS: In Removal Proceedings.

CC:    Judith Lott

Sincerely,

David N. Still
District Director

Hand Delivered

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| In Re | ) | Date: July 23, 2007 |
| | ) | |
| Ifran Ali | ) | File Number: A 70 149 531 |
| | ) | |
| | ) | In Bond Proceedings |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

The respondent is a native and citizen of Fiji. He is seeking to adjust his status based on a petition filed by his U.S. citizen wife. He was convicted in 2000 for grand theft, which is clearly a crime of moral turpitude as it is a theft offense. He has also been convicted for false personation in violation of Cal. Penal Code §529.3. That section makes it a crime to falsely personate another and do an act which might subject the other to a liability or gain a benefit for the impersonator.

The BIA has held that crimes involving fraud are generally to be considered crimes of moral turpitude. *Matter of Adetiba*, 20 I&N Dec. 506, 507-08 (BIA 1992). The Supreme Court of California has held that Penal Code section 529.3 requires proof of a deliberate effort to pass oneself off as another person. "One does not violate paragraph 3 by happening to resemble another person. Rather, one must intentionally engage in a deception that may fairly be described as noninnocent behavior, even if, in some instances, it might not stem from an evil motive." *People v. Rathert*, 24 Cal. 4th 200, 208-09 (Cal. 2000). The Board did not hold in *Matter of S*, 2 I&N Dec. 353 (BIA 1945) that no false statement other than one which constitutes perjury is free of moral turpitude. Rather, the Board held that a conviction under a statute which made false statements a crime regardless of the defendant's mental state did not meet he requirements of moral turpitude. As noted above, the statute at issue here requires proof of an intent to defraud and deceive.

Because section 529.3 requires proof of a deliberate effort to defraud, the court finds that it is a crime of moral turpitude. Respondent therefore stands convicted of two crimes of moral turpitude and is subject to mandatory detention. INA §236(c)( 1)(B). The motion for bond redetermination is accordingly **DENIED**.

Serve: Judith Lott, Esq.
      Cara Cutler, Esq.

_____
Anthony S. Murry
Immigration Judge

1

```
J241481                   IN THE SUPERIOR COURT SOUTHE... BRANCH        04/09/01
SAN MATEO CJIS                 OF THE STATE OF CALIFORNIA               09:28
ORGANIZATION: MC          IN AND FOR THE COUNTY OF SAN MATEO            PAGE   1

                        --- CRIMINAL CASE DOCKET ---


CASE NO. SF304864A          STATUS:  ADJUDICATED

PEOPLE V. ALI, IFRAN ISTIFAQ

          2364 OAKWOOD DR                        DATE OF BIRTH: 03/03/81
          EAST PALO ALTO, CA 94303               D.L. # CA A6290883

*****************************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:
DEFENSE:      WOLF

*****************************************************************************
CHARGES, PLEAS AND DISPOSTIONS:

VIOLATION DATE: 11/20/99          FILED DATE: 02/23/00

CNT ALG                         LATEST                           CONV/DISP
NO. NO. CODE/SECTION            TYPE  PLEA  ------DISPOSITION------   DATE

001     PC  487(A)/508           F    NOL   CERT SUP CT P6859        09/13/00
```

```
J241481                                                          04/09/01
SAN MATEO CJIS              ---- CRIMINAL CASE DOCKET ----       09:28
ORGANIZATION: MC                CASE NO. SF304864A               PAGE   2

******************************************************************************
CASE SYNOPSIS:

02/04/00   ARRESTED BY 04115
02/04/00   BOOKED - JAIL NO.:    SO 0428947 00
02/23/00   COMPLAINT FILED
03/17/00   HEARING HELD IN DIV. 26, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. RICHARD C LIVERMORE, JUDGE.
              NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT.
           CUSTODY STATUS: ON BAIL.
03/31/00   HEARING HELD IN DIV. 15, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. JOHN W RUNDE-SUPERIOR CT, JUDGE,
              NATURE OF PROCEEDINGS: ATTORNEY & PLEA..
           CUSTODY STATUS: ON BAIL.
04/13/00   HEARING HELD IN DIV. 28, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. GEORGE MIRAM, JUDGE.
              NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT..
           BAIL: $25,000.00.
           CUSTODY STATUS: ON BAIL.
1/13/00    BENCH WARRANT PENDING
04/13/00   BENCH WARRANT RECALLED
04/20/00   HEARING HELD IN DIV. 28, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. GEORGE MIRAM, JUDGE.
              NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT.
           BAIL: $25,000.00.
           CUSTODY STATUS: ON BAIL.
04/20/00   BENCH WARRANT PENDING
04/26/00   BENCH WARRANT OUTSTANDING --- ACTIVE
07/18/00   BENCH WARRANT RECALLED
07/18/00   HEARING HELD IN DIV. 7, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. STEVE L DYLINA, JUDGE.
              NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR ARRAIGNMENT.
              AND BW FAILED TO APPEAR FOR ARRAIGNMENT
           BAIL: $25,000.00.
           CUSTODY STATUS: ON BAIL.
07/18/00   BENCH WARRANT RECALLED
7/19/00    BENCH WARRANT RETURNED
08/09/00   HEARING HELD IN DIV. 29, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. JOSEPH N GRUBER, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: SUPERIOR COURT REVIEW..
           BAIL: $25,000.00.
           CUSTODY STATUS: ON BAIL.
09/13/00   HEARING HELD IN DIV. 2, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. LINDA M GEMELLO, JUDGE.
              NATURE OF PROCEEDINGS: SUPERIOR COURT REVIEW..
           CURRENT BAIL: $25,000.00
           CUSTODY STATUS: ON BAIL.

******************************************************************************
```

```
J241481                                                             04/09/01
SAN MATEO CJIS              ——— CRIMINAL CASE DOCKET ———            09:28
ORGANIZATION: MC               CASE NO. SF304864A                  PAGE   3
```

*******************************************************************

RECORD OF CASE EVENTS:

02/23/00 09:00     $10,000.00 BAIL BOND NUMBER MS57730 POSTED ON 02/05/2000
                   BY JRANKIN SURETY COMPANY NACIC BAIL BOND COMPANY FOR
                   DEFENDANT APPEARANCE ON 03/17/2000 AT 9:00 A.M.,

03/16/00 10:57     CASE SHIFTED FROM HEARING ON 03/17/2000 AT  9:00 A.M. IN
                   DEPARTMENT PH OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 03/17/2000 AT  9:00 A.M. IN DEPARTMENT 26 OF
                   SUPERIOR COURT SOUTHERN BRANCH.

03/17/00 09:00 **  HEARING HELD ON 03/17/00 AT 9:00 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 26. HON. RICHARD C LIVERMORE, JUDGE,
                   PRESIDING. CLERK: MARY HENRY. REPORTER: ROSA MARTINEZ.
                   CLERK2: NONE.  DEPUTY D.A. CHUNG.  DEFENSE COUNSEL
                   PRESENT: NONE.
                   NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT
                   DEFENDANT APPEARED WITHOUT COUNSEL.
                   DEFENDANT REMAINS ON BAIL
                   CASE CONTINUED TO 03/31/2000 AT 9:00 A.M. IN REDWOOD
                     CITY IN DEPT. AR FOR ATTORNEY & PLEA.,

03/29/00 08:00     VACATE ATTORNEY & PLEA. THAT WAS SET ON 03/31/2000 AT
                   9:00 A.M. AND RESET TO 03/31/2000 AT 9:00 A.M. IN
                   SUPERIOR COURT SOUTHERN BRANCH DEPT. PH FOR ATTORNEY &
                   PLEA.,

03/30/00 10:57     CASE SHIFTED FROM HEARING ON 03/31/2000 AT  9:00 A.M. IN
                   DEPARTMENT PH OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 03/31/2000 AT  9:00 A.M. IN DEPARTMENT 15 OF
                   SUPERIOR COURT SOUTHERN BRANCH.

03/31/00 09:00 **  HEARING HELD ON 03/31/00 AT 9:00 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 15. HON. JOHN W RUNDE-SUPERIOR CT,
                   JUDGE, PRESIDING. CLERK: VILMA BURKHART. REPORTER: DONA
                   LOWE. CLERK2: NONE.  DEPUTY D.A. JOO.  DEFENSE COUNSEL
                   PRESENT: GIBBS.
                   NATURE OF PROCEEDINGS:  ATTORNEY & PLEA.
                   DEFENDANT APPEARED WITH ATTORNEY GIBBS.
                   FURTHER ARRAIGNMENT AND ADVISE OF RIGHTS WAIVED.
                   TIME WAIVED FOR PRELIMINARY HEARING.  DEFENDANT
                     PERSONALLY WAIVED TIME FOR 10 COURT DAYS AND 60 CALENDAR
                     DAYS.
                   DEFENDANT REMAINS ON BAIL
                   COPY OF COMPLAINT AND POLICE REPORT GIVEN TO ATTORNEY
                     GIBBS.
                   CASE CONTINUED TO 04/13/2000 AT 9:00 A.M. IN REDWOOD
                     CITY IN DEPT. PH FOR FELONY ARRAIGNMENT.
                   CASE CONTINUED TO 04/13/2000 AT 9:00 A.M. IN REDWOOD
                     CITY IN DEPT. PH FOR TO SET.
                   ENTERED BY VILMA ON 03/31/2000.

```
J241481                                                       04/09/01
SAN MATEO CJIS            ---- CRIMINAL CASE DOCKET ----      09:28
ORGANIZATION: MC             CASE NO. SF304864A              PAGE   4
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RECORD OF CASE EVENTS:

```
04/12/00 10:33    CASE SHIFTED FROM HEARING ON 04/13/2000 AT  9:00 A.M. IN
                    DEPARTMENT PH OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 04/13/2000 AT  9:00 A.M. IN DEPARTMENT 28 OF
                    SUPERIOR COURT SOUTHERN BRANCH.
                  CASE SHIFTED FROM HEARING ON 04/13/2000 AT  9:00 A.M. IN
                    DEPARTMENT PH OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 04/13/2000 AT  9:00 A.M. IN DEPARTMENT 28 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

04/13/00 09:00 ** HEARING HELD ON 04/13/00 AT 9:00 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 28, HON. GEORGE MIRAM, JUDGE,
                    PRESIDING, CLERK: SUSAN FENTON, REPORTER: MELY YOUNG,
                    CLERK2: NONE.  DEPUTY D.A. KEVIN MCGEE,  DEFENSE COUNSEL
                    PRESENT: GIBBS.
                  NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT
                  NO APPEARANCE BY OR FOR DEFENDANT.
                  BENCH WARRANT ORDERED.  BAIL SET AT $25,000.00.
                  MR. GIBBS ARRIVED LATE, COURT RECALLS CASE.
                  BENCH WARRANT RECALLED.
                  DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                    GIBBS.
                  DEFENDANT REMAINS ON BAIL.
                  CASE CONTINUED TO 04/20/2000 AT 9:00 A.M. IN REDWOOD
                    CITY IN DEPT, AR FOR ARRAIGNMENT.
                  ENTERED BY S.FENTON ON 04/17/2000.

04/19/00 09:00    VACATE ARRAIGNMENT, THAT WAS SET ON 04/20/2000 AT 9:00
                    A.M. AND RESET TO 04/20/2000 AT 9:00 A.M. IN SUPERIOR
                    COURT SOUTHERN BRANCH DEPT, PH FOR FELONY ARRAIGNMENT.
         10:51    CASE SHIFTED FROM HEARING ON 04/20/2000 AT  9:00 A.M. IN
                    DEPARTMENT PH OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 04/20/2000 AT  9:00 A.M. IN DEPARTMENT 28 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

04/20/00 09:00 ** HEARING HELD ON 04/20/00 AT 9:00 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 28, HON. GEORGE MIRAM, JUDGE,
                    PRESIDING, CLERK: SUSAN FENTON, REPORTER: MELY YOUNG,
                    CLERK2: NONE.  DEPUTY D.A. STEPHANIE GARRAT.  DEFENSE
                    COUNSEL PRESENT: GIBBS.
                  NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT
                  DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                    GIBBS.
                  BAIL BOND ORDERED FORFEITED.
                  BENCH WARRANT ORDERED.  BAIL SET AT $25,000.00.
                  ENTERED BY S.FENTON ON 04/20/2000.

04/26/00 09:00    BAIL BOND NO. MS 57730 FOR $10,000.00 FORFEITED.
                  NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
```

```
J241481                                                                04/09/01
SAN MATEO CJIS              --- CRIMINAL CASE DOCKET ---              09:28
ORGANIZATION: MC              CASE NO. SF304864A                     PAGE    5

**********************************************************************
RECORD OF CASE EVENTS:
```

04/26/00 -- CONTINUED
```
                BENCH WARRANT ISSUED TO SC ON 04/26/2000. BAIL
                  $25,000.00. JUDGE GEORGE MIRAM.
```

07/13/00 09:00    APPEARANCE SET ON 07/18/2000 AT 2:00 P.M. IN SUPERIOR
```
                  COURT SOUTHERN BRANCH DEPT. PH FOR BW FAILED TO APPEAR
                  FOR ARRAIGNMENT AT REQUEST OF ATTY:WOLF.
```

07/17/00 11:16    CASE SHIFTED FROM HEARING ON 07/18/2000 AT  2:00 P.M. IN
```
                  DEPARTMENT PH OF SUPERIOR COURT SOUTHERN BRANCH TO
                  HEARING ON 07/18/2000 AT  2:00 P.M. IN DEPARTMENT 7  OF
                  SUPERIOR COURT SOUTHERN BRANCH.
```

07/18/00 09:00    BENCH WARRANT RECALLED.
```
         14:00 ** HEARING HELD ON 07/18/2000 AT 2:00 P.M. IN SUPERIOR COURT
                  SOUTHERN BRANCH, D- 7, HON. STEVE L. DYLINA, JUDGE,
                  PRESIDING. CLERK: KAREN BRAKE. REPORTER: TERRY LIGON.
                  CLERK2: NONE. DEPUTY D.A. MAGUIRE.  DEFENSE COUNSEL
                  PRESENT: NONE PRESENT.
                  NATURE OF PROCEEDING: BW FAILED TO APPEAR FOR
                  ARRAIGNMENT.
                  NATURE OF PROCEEDING: BW FAILED TO APPEAR FOR
                  ARRAIGNMENT.
                  DEFENDANT APPEARED WITH ATTORNEY PAUL WOLFE.
                  BENCH WARRANT RECALLED.
                  RESUMPTION OF LIABILITY  .
                  BAIL FORFEITURE ORDERED SET ASIDE AND BAIL ORDERED
                  REINSTATED.
                  FURTHER ARRAIGNMENT AND ADVISE OF RIGHTS WAIVED.
                  DEFENDANT ARRAIGNED AND ADVISED OF THE FOLLOWING RIGHTS:
                  TO THE VARIOUS PLEAS AVAILABLE; TO A SPEEDY PUBLIC TRIAL
                  FROM THE DATE OF ARRAIGNMENT, WITHIN 30 DAYS IF IN
                  CUSTODY, WITHIN 45 DAYS IF NOT IN CUSTODY, OTHERWISE,
                  THE MATTER MUST BE DISMISSED; TO THE AID OF THE COURT TO
                  SUBPOENA AND PRODUCE WITNESSES ON OWN BEHALF, TO
                  CONFRONT AND EXAMINE ADVERSE WITNESSES; TO A TRIAL BY
                  JURY; IF CONVICTED, TO BE SENTENCED NOT SOONER THAN 6
                  HOURS NOR LATER THAN 5 DAYS OR WITHIN 20 COURT DAYS IF
                  REFERRED TO PROBATION OFFICE; TO THE AID OF AN ATTORNEY
                  AT ALL STAGES OF THE PROCEEDINGS; THAT THE COURT WILL
                  APPOINT AN ATTORNEY IF DEFENDANT IS UNABLE TO EMPLOY
                  OWN; TO A REASONABLE LENGTH OF TIME TO CONSULT AN
                  ATTORNEY; DEFENDANT ADVISED, IF NOT A CITIZEN, THAT
                  CONVICTION OF THE OFFENSE WITH WHICH HE HAS BEEN CHARGED
                  DEFENDANT ENTERED A PLEA OF NOT GUILTY TO COUNT 1.
                  TIME WAIVED FOR 10 & 60 DAY RULE BY DEFENDANT / COUNSEL.
                  CASE CONTINUED TO 08/09/2000 AT 1:31 P.M. IN REDWOOD
                    CITY IN DEPT. SR FOR SUPERIOR COURT REVIEW..
                  CASE CONTINUED TO 08/29/2000 AT 9:00 A.M. IN REDWOOD
                    CITY IN DEPT. PH FOR PRELIMINARY HEARING..
```

```
J241481                                                                04/09/01
SAN MATEO CJIS                  ---- CRIMINAL CASE DOCKET ----           09:28
ORGANIZATION: MC                   CASE NO. SF304864A                    PAGE    6
```

*****************************************************************************
RECORD OF CASE EVENTS:

07/18/00 - CONTINUED
                    ENTERED BY KAREN BRAKE ON 07/24/2000.

07/19/00 10:00     BENCH WARRANT RETURNED AND FILED.

08/08/00 10:41     CASE SHIFTED FROM HEARING ON 08/09/2000 AT  1:31 P.M. IN
                    DEPARTMENT SR OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 08/09/2000 AT  1:31 P.M. IN DEPARTMENT 29 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

08/09/00 13:31 ** HEARING HELD ON 08/09/00 AT 1:31 P.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 29, HON. JOSEPH N GRUBER, COURT
                    COMMISSIONER, PRESIDING. CLERK: IRMA OCEGUEDA. REPORTER:
                    TRACY WOOD. CLERK2: LIZ LOPEZ.  DEPUTY D.A. L.MAGUIRE,
                    DEFENSE COUNSEL PRESENT: PAUL WOLF,
                    NATURE OF PROCEEDINGS: SUPERIOR COURT REVIEW.
                    DEFENDANT APPEARED WITH ATTORNEY PAUL WOLF,
                    TIME CONTINUES TO BE WAIVED BY DEFENDANT/COUNSEL.
                    DEFENDANT REMAINS ON BAIL.
                    CASE CONTINUED TO 09/13/2000 AT 1:31 P.M. IN REDWOOD
                    CITY IN DEPT. SR FOR SUPERIOR COURT REVIEW.
                    CASE CONTINUED TO 09/20/2000 AT 9:00 A.M. IN REDWOOD
                    CITY IN DEPT. PH FOR PRELIMINARY HEARING.,
                    PRELIMINARY HEARING SET ON 08/29/2000 AT 9:00 A.M.
                    ORDERED VACATED.
                    ENTERED BY LIZ LOPEZ ON 08/09/2000.

09/12/00 10:17     CASE SHIFTED FROM HEARING ON 09/13/2000 AT  1:31 P.M. IN
                    DEPARTMENT SR OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 09/13/2000 AT  1:31 P.M. IN DEPARTMENT 2  OF
                    SUPERIOR COURT SOUTHERN BRANCH.

09/13/00 13:31 ** HEARING HELD ON 09/13/00 AT 1:31 P.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 2, HON. LINDA M GEMELLO, JUDGE,
                    PRESIDING. CLERK: RUTH DEMOSS. REPORTER: DONNA LOWE.
                    CLERK2: ANDREA DALEY. DEPUTY D.A. MCGEE, DEFENSE
                    COUNSEL PRESENT: PAUL WOLF,
                    NATURE OF PROCEEDINGS: SUPERIOR COURT REVIEW.
                    DEFENDANT APPEARED WITH ATTORNEY WOLF,
                    DEFENDANT ACKNOWLEDGES THAT HE UNDERSTANDS EACH OF HIS
                    ABOVE RIGHTS.
                    DEFENDANT REQUESTS AND IS GRANTED PERMISSION TO WITHDRAW
                     PREVIOUS NOT GUILTY PLEA AND PLEADS NOLO CONTENDERE TO
                    COUNT 1, A VIOLATION OF PC 487(A)/508 PURSUANT TO PC
                    859A.
                    DEFENDANT IS ADVISED OF, UNDERSTANDS, AND KNOWINGLY AND
                    VOLUNTARILY WAIVES ALL THE FOLLOWING RIGHTS:  WAIVES THE
                    RIGHT TO COUNSEL; TO TRIAL BY JURY; TO CONFRONT AND
                    CROSS-EXAMINE ADVERSE WITNESSES; THE PRIVILEGE AGAINST
                    SELF-INCRIMINATION.  THE COURT FINDS THAT THE DEFENDANT
                    UNDERSTANDS THE NATURE OF THE CHARGES, THE ELEMENTS OF
                    THE OFFENSE, THE DEFENSE THERETO, THE CONSEQUENCES OF

```
J241481                                                                    04/09/01
SAN MATEO CJIS                  ---- CRIMINAL CASE DOCKET ----              09:28
ORGANIZATION: MC                     CASE NO. SF304864A                     PAGE    7
```

*********************************************************************************
RECORD OF CASE EVENTS:

09/13/00 - CONTINUED
                    PLEAS AND THE RANGE OF PENALTIES THERETO.  WAIVER OF
                    RIGHTS SIGNED.
                    THE DEFENDANT, HAVING ENTERED A PLEA OF GUILTY TO COUNT
                    1, PURSUANT TO PC 859A, IS HEREBY CERTIFIED TO THE
                    SUPERIOR COURT FOR SENTENCING.  CAUSE IS REFERRED TO THE
                    PROBATION DEPARTMENT FOR PRESENTENCE INVESTIGATION AND
                    REPORT RETURNABLE ON 11/03/2000 AT 8:45 A.M. IN SUPERIOR
                    COURT.
                    AND RESTITUTION REPORT
                    CASE TRANSFERRED TO SUPERIOR COURT.
                    ARBUCKLE WAIVER.  DEFENDANT WAIVES HIS/HER RIGHT TO BE
                    SENTENCED BY THE JUDGE WHO TOOK THE PLEA.
                    DEFENDANT REMAINS ON BAIL.
                    SURETY BOND TRANSFERRED TO COUNTY CLERK'S OFFICE.
                    ENTERED BY A DALEY ON 09/13/2000.
                    PRELIMINARY HEARING SET ON 09/20/2000 AT 9:00 A.M.
                    ORDERED VACATED.

09/20/00 09:00      BB TRANS TO SC 091300

*********************************************************************************

END OF CRIMINAL CASE DOCKET



STATE OF CALIFORNIA
COUNTY OF SAN MATEO    } SS.

I, Peggy Thompson, the Clerk of the Superior Court of the above
entitled County, do hereby certify that the foregoing is a full, true
and correct copy of the original on file in my office, and that I have
carefully compared same with the original.
        Witness my hand and seal of said Superior Court
This _____ 9th _____ day of ___ April ___ 2001
        Clerk of the Superior Court of California, County of San Mateo
By _____
                            Deputy Clerk

```
J241481          IN THE SUPERIOR COURT - HALL OF JUSTICE & RECORDS 04/09/01
SAN MATEO CJIS              OF THE STATE OF CALIFORNIA              09:29
ORGANIZATION: SC      IN AND FOR THE COUNTY OF SAN MATEO          PAGE   1

                   ---- REGISTER OF ACTIONS ----


CASE NO. SC048039A       STATUS:  ADJUDICATED

PEOPLE V. ALI, IFRAN ISTIFAQ

          2364 OAKWOOD DR
          EAST PALO ALTO, CA 94303              DATE OF BIRTH: 03/03/81

**********************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:  MORLEY B. PITT
DEFENSE:

**********************************************************************
CHARGES, PLEAS AND DISPOSTIONS:

                   FILED DATE: 09/14/00


CNT ALG                          LATEST                      CONV/DISP
NO. NO. CODE/SECTION       TYPE  PLEA  ------DISPOSITION------   DATE

001    PC  487(A)/508        F        CERT SUP CT PG859      09/14/00
```



STATE OF CALIFORNIA
COUNTY OF SAN MATEO

I, Peggy Thompson, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, that I have carefully compared same with the original.

Witness my hand and seal of said Superior Court.

This _____ day of _April_ _2001_

Clerk of the Superior Court of California, County of San Mateo

By _____
                                        Deputy Clerk

```
J241481                                                            04/09/01
SAN MATEO CJIS              --- REGISTER OF ACTIONS ---            09:29
ORGANIZATION: SC               CASE NO. SC048039A                 PAGE   2

***************************************************************************
CASE SYNOPSIS:

09/13/00   CERT SUP CT PG859 IN SUPERIOR COURT SOUTHERN BRANCH
           CUSTODY STATUS: ON BAIL.
11/03/00   HEARING HELD IN DEPT. 21, SUPERIOR COURT - HALL OF JUSTICE &
           BEFORE HON. ROBERT FOILES, JUDGE.
           NATURE OF PROCEEDINGS: PC 859A PROCEEDINGS.

***************************************************************************
```

```
J241481                                                          04/09/01
SAN MATEO CJIS              --- REGISTER OF ACTIONS ---          09:29
ORGANIZATION: SC             CASE NO. SC048039A                  PAGE   3
```

*******************************************************************************
RECORD OF CASE EVENTS:

09/14/00 09:00     CERTIFICATION PURSUANT TO 859A FILED.
                   COMPLAINT FILED.
                   DECLARATION RE PLEA/CHANGE OF PLEA; FINDING AND ORDER
                     SIGNED IN OPEN COURT.
                   DEPUTY DA MORLEY B. PITT DESIGNATED AS PROSECUTING
                     ATTORNEY OF RECORD.
                   BAIL BOND NO. MS57730 IN THE AMOUNT OF $10,000.00 FILED.
                     AGENT/AGENCY: JAMES RANKIN BAIL BONDS/NATIONAL
                     AUTOMOBILE & CASUALTY INS CO.

11/03/00 09:00 ** HEARING HELD ON 11/03/00 AT 9:00 A.M. IN SUPERIOR COURT
                   - HALL OF JUSTICE & RECORDS, D- 21, HON. ROBERT FOILES,
                   JUDGE, PRESIDING. CLERK: ROXANE WALES. REPORTER: CINDY
                   DEL ROSARIO. CLERK2: ANDREA DALEY.  DEPUTY D.A. WOLCOTT.
                     DEFENSE COUNSEL PRESENT: WOLF.
                   NATURE OF PROCEEDINGS: PC 859A PROCEEDINGS.
                   DEFENDANT PRESENT.
                   PLEA(S) ENTERED IN MUNICIPAL COURT WAS REAFFIRMED.
                   PROBATION OFFICER'S REPORT RECEIVED, REVIEWED AND
                     ORDERED FILED.
                   DEFENDANT WAIVED FORMAL ARRAIGNMENT FOR JUDGMENT.
                   DEFENDANT STATED THERE IS NO LEGAL CAUSE WHY SENTENCE
                     SHOULD NOT NOW BE PRONOUNCED.
                   THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                   IMPOSITION OF SENTENCE IS SUSPENDED.
                   DEFENDANT TO PAY A SUPERVISED PROBATION FEE IN THE
                     AMOUNT NOT TO EXCEED $360.00, PURSUANT TO PC 1203.1B,
                     PAYABLE THROUGH THE PROBATION DEPARTMENT, AS DIRECTED.
                   DEFENDANT IS ADMITTED TO SUPERVISED PROBATION FOR A
                     PERIOD OF 5 YEAR(S), 0 MONTH(S) UPON THE FOLLOWING TERMS
                     AND CONDITIONS:
                   DEFENDANT SHALL PAY A $200.00 RESTITUTION FUND FINE AS
                     MANDATED BY PENAL CODE SECTION 1202.4 PLUS 10 % OR $0.00
                     COLLECTION FEE.
                   PAYMENTS TO BE MADE TO PROBATION DEPARTMENT.
                   DEFENDANT SHALL SERVE A TOTAL OF 0 DAY(S), 8 MONTH(S), 0
                     YEAR(S) IN THE COUNTY JAIL.
                   CREDIT FOR 1 ACTUAL DAYS SERVED, PLUS 0 DAYS GOOD
                     TIME/WORK TIME PLUS 0 PROGRAM TIME FOR A TOTAL OF 1.
                   EXECUTION OF SENTENCE STAYED TO 12/16/2000 AT 10:00 A.M.
                     . DEFENDANT ORDERED TO REPORT TO JAIL ON SUCH DAY AND
                     TIME.
                   DEFENDANT TO OBEY ALL RULES AND REGULATIONS OF THE JAIL
                     FACILITY OR INSTITUTION IN WHICH PLACED.
                   CONDITIONS OF PROBATION (IN ADDITION TO THE USUAL
                     CONDITIONS RE: SUPERVISION, EMPLOYMENT, OBEDIENCE OF
                     LAWS, REMAINING IN STATE AND KEEPING PROBATION OFFICER
                     ADVISED OF WHEREABOUTS):

```
J241481
SAN MATEO CJIS                 ---- REGISTER OF ACTIONS ----          04/09/01
ORGANIZATION: SC                  CASE NO. SC048039A                  09:29
                                                                     PAGE   4
```

****************************************************************************
RECORD OF CASE EVENTS:

11/03/00 - CONTINUED
                    DEFENDANT SHALL SUBMIT TO SEARCH AND SEIZURE OF HIS/HER
                       PERSON, PLACE OF RESIDENCE OR AREA UNDER HIS/HER
                       CONTROL, OR VEHICLE, BY ANY PROBATION OFFICER OR PEACE
                       OFFICER, DURING THE DAY OR NIGHT, WITH OR WITHOUT
                       HIS/HER CONSENT, WITH OR WITHOUT A SEARCH WARRANT, AND
                       WITHOUT REGARD TO PROBABLE CAUSE.
                    DEFENDANT SHALL SEEK AND MAINTAIN TREATMENT, COUNSELING,
                       OR THERAPY AS DIRECTED BY THE PROBATION OFFICER.
                    DEFENDANT SHALL SEEK AND MAINTAIN FULL-TIME EMPLOYMENT
                       AND PARTICIPATION IN A VOCATIONAL OR EDUCATIONAL PROGRAM
                       AS DIRECTED BY THE PROBATION OFFICER.
                    DEFENDANT SHALL MAKE RESTITUTION IN AMOUNT OF $52,234.22

                    DEFENDANT SHALL NOT OWN OR POSSESS DANGEROUS OR DEADLY
                       WEAPONS AND/OR FIREARMS.
                    DEFENDANT ACCEPTED TERMS AND CONDITIONS OF PROBATION.
                    BAIL EXONERATED.
                    ALL ORIGINAL SENTENCE ELEMENTS FOR THIS PROCEEDINGS
                       ENTERED.
                    ENTERED ON CJIS BY MARGUERITE DATE 11/03/2000.

11/06/00 08:00      COMMITMENT TO COUNTY JAIL FILED.
         09:00      PROBATION REPORT FILED

11/21/00 09:00      AMENDED COMMITMENT TO JAIL FILED.

11/30/00 09:00      CONDITIONS OF PROBATION FILED

```
J241481
SAN MATEO CJIS                  ---- REGISTER OF ACTIONS ----           04/09/01
ORGANIZATION: SC                    CASE NO. SC048039A                  09:29
                                                                       PAGE   5

*****************************************************************************
SENTENCE SUMMARY:


INCARCERATION:  8 MOS
         JAIL:  COUNTY JAIL
     CTS:       1 DAYS  +  0 G/W TIME  =  1 TOTAL DAYS


FINE:
     BASIC FINE AMOUNT:              $0.00
     PENALTY/ASSESS:                  0.00
     A/R FEE:                         0.00
     NVRF AMT:                        0.00
EDUCATION PROGRAM FEE:                0.00
     MISC. FEES:                      0.00
     REST. FINE:                    200.00
     CTS AMOUNT:                     (0.00)
                                ------------
     TOTAL AMOUNT DUE:             $200.00

     ACTION ON BAIL/BOND:  EXONERATED


PROBATION: 5 YRS                        TYPE: SUPERVISED

   STATUS: ACTIVE

RESTITUTION AMOUNT:        $52,234.22


SENTENCE COMMENTS:
     PROBATION OFFICER'S REPORT RECEIVED, REVIEWED AND
     ORDERED FILED.
     DEFENDANT STATED THERE IS NO LEGAL CAUSE WHY SENTENCE
     SHOULD NOT NOW BE PRONOUNCED.
     IMPOSITION OF SENTENCE IS SUSPENDED.
     DEFENDANT TO PAY A SUPERVISED PROBATION FEE IN THE
     AMOUNT NOT TO EXCEED $360.00, PURSUANT TO PC 1203.1B,
     PAYABLE THROUGH THE PROBATION DEPARTMENT, AS DIRECTED.
     DEFENDANT IS ADMITTED TO SUPERVISED PROBATION FOR A
     PERIOD OF 5 YEAR(S), 0 MONTH(S) UPON THE FOLLOWING TERMS
     AND CONDITIONS:
     DEFENDANT SHALL PAY A $200.00 RESTITUTION FUND FINE AS
     MANDATED BY PENAL CODE SECTION 1202.4 PLUS 10 % OR $0.00
     COLLECTION FEE.
     PAYMENTS TO BE MADE TO PROBATION DEPARTMENT.
     DEFENDANT SHALL SERVE A TOTAL OF 0 DAY(S), 8 MONTH(S), 0
     YEAR(S) IN THE COUNTY JAIL.
     CREDIT FOR 1 ACTUAL DAYS SERVED, PLUS 0 DAYS GOOD
     TIME/WORK TIME PLUS 0 PROGRAM TIME FOR A TOTAL OF 1.
     EXECUTION OF SENTENCE STAYED TO 12/16/2000 AT 10:00 A.M.
     .   DEFENDANT ORDERED TO REPORT TO JAIL ON SUCH DAY AND
     TIME.
     DEFENDANT TO OBEY ALL RULES AND REGULATIONS OF THE JAIL
```

```
J241481                                                      04/09/01
SAN MATEO CJIS                 --- REGISTER OF ACTIONS ---   09:29
ORGANIZATION: SC               CASE NO. SC048039A            PAGE   6
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SENTENCE SUMMARY:


SENTENCE COMMENTS:
    FACILITY OR INSTITUTION IN WHICH PLACED.
    CONDITIONS OF PROBATION (IN ADDITION TO THE USUAL
    CONDITIONS RE: SUPERVISION, EMPLOYMENT, OBEDIENCE OF
    LAWS, REMAINING IN STATE AND KEEPING PROBATION OFFICER
    ADVISED OF WHEREABOUTS):
    DEFENDANT SHALL SUBMIT TO SEARCH AND SEIZURE OF HIS/HER
    PERSON, PLACE OF RESIDENCE OR AREA UNDER HIS/HER
    CONTROL, OR VEHICLE, BY ANY PROBATION OFFICER OR PEACE
    OFFICER, DURING THE DAY OR NIGHT, WITH OR WITHOUT
    HIS/HER CONSENT, WITH OR WITHOUT A SEARCH WARRANT, AND
    WITHOUT REGARD TO PROBABLE CAUSE.
    DEFENDANT SHALL SEEK AND MAINTAIN TREATMENT, COUNSELING,
    OR THERAPY AS DIRECTED BY THE PROBATION OFFICER.
    DEFENDANT SHALL SEEK AND MAINTAIN FULL-TIME EMPLOYMENT
    AND PARTICIPATION IN A VOCATIONAL OR EDUCATIONAL PROGRAM
    AS DIRECTED BY THE PROBATION OFFICER.
    DEFENDANT SHALL MAKE RESTITUTION IN AMOUNT OF $52,234.22

    DEFENDANT SHALL NOT OWN OR POSSESS DANGEROUS OR DEADLY
    WEAPONS AND/OR FIREARMS.
    DEFENDANT ACCEPTED TERMS AND CONDITIONS OF PROBATION.
    ALL ORIGINAL SENTENCE ELEMENTS FOR THIS PROCEEDINGS
    ENTERED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

END OF REGISTER OF ACTIONS