SAN MATEO           AY CUSTODY CHRONOLOGY       07/31/03
  C J I S                                              09:44
END OF DATA


ORG: SO      JAIL NO: _____         SMCSO ID: 1073448
TRUE NAME: ALI, IFRAN ISTIFAQ

| JAIL NUMBER | BOOK DATE | BOOK TYPE | COURT CASE NUMBER | BAIL AMOUNT | RLSE TYPE | RLSE DATE |
|---|---|---|---|---|---|---|
| SO 0445893 00 | 01/20/01 | COM | SC048039A | NO BAIL | WP | 06/06/01 |
| PC 487(A)/508 (F) | | | | | | |
| SO 0428947 00 | 02/04/00 | OPE | | 10,000.00 | SB | 02/05/00 |
| PC 503>FEL (F) | | | | | | |


CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

DON HORSLEY, SHERIFF
SAN MATEO COUNTY

NEXT FUNCTION: _____  CURR FUNCTION: IMDSPREC ID: J21298 J212981  PF1=HELP
_____

I▓                              »↑                             0   24,17



```
241481                  IN THE SUPERIOR COURT SOUTHERN BRANCH        07/26/07
AN MATEO CJIS                OF THE STATE OF CALIFORNIA              11:07
RGANIZATION: MC         IN AND FOR THE COUNTY OF SAN MATEO          PAGE    1

                        ----- CRIMINAL CASE DOCKET -----


CASE NO. SM339021A        STATUS:   ADJUDICATED

PEOPLE V. ALI, IFRAN ISTIFAQ

            1203 GARDEN ST                      DATE OF BIRTH: 03/03/81
            EAST PALO ALTO, CA 94303            D.L. # CA A6290883

*******************************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:
DEFENSE:      SCHAIMAN
                (PUBLIC DEFENDER)

*******************************************************************************
CHARGES, PLEAS AND DISPOSTIONS:

VIOLATION DATE: 04/15/04          FILED DATE: 05/10/04

CNT ALG                          LATEST                       CONV/DISP
NO. NO. CODE/SECTION         TYPE  PLEA  ------DISPOSITION------    DATE

001     PC  529(3)            M    NOL   PLED NOLO CONTENDERE      10/16/06
    01  PC  17                Q
```

```
T241481                                                          07/26/07
SAN MATEO CJIS          ---- CRIMINAL CASE DOCKET ----          11:07
ORGANIZATION: MC ,              CASE NO. SM333021A              PAGE    2
```

******************************************************************************

CASE SYNOPSIS:

```
05/08/04   ARRESTED BY 04127
05/08/04   BOOKED - JAIL NO.:      SM 333021A
05/10/04   COMPLAINT FILED
05/10/04   HEARING HELD IN DIV. 29, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. JOSEPH N GRUBER, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: MISDEMEANOR ARRAIGNMENT.
           CUSTODY STATUS: IN CUSTODY.
05/12/04   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: FURTHER OR REPORT.
           CUSTODY STATUS: IN CUSTODY.
05/26/04   HEARING HELD IN DIV. 41, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. THOMAS M SMITH, JUDGE.
              NATURE OF PROCEEDINGS: TO SET.
           CUSTODY STATUS: IN CUSTODY.
06/16/04   HEARING HELD IN DIV. 7, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. STEVE L DYLINA, JUDGE.
              NATURE OF PROCEEDINGS: TO SET.
           CUSTODY STATUS: ON BAIL.
09/16/04   HEARING HELD IN DIV. 24, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. STEPHEN M HALL, JUDGE.
              NATURE OF PROCEEDINGS: PRETRIAL CONFERENCE..
           CUSTODY STATUS: ON BAIL.
09/23/04   HEARING HELD IN DIV. 29, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. JOSEPH N GRUBER, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: DISPO/CONFIRM.
           CUSTODY STATUS: ON BAIL.
11/23/04   HEARING HELD IN DIV. 29, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. JOSEPH N GRUBER, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: PRETRIAL CONFERENCE..
           CUSTODY STATUS: ON BAIL.
12/21/04   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: PRE-TRIAL CONFERENCE AND TO SET.
           CUSTODY STATUS: ON BAIL.
12/28/04   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: PRE-TRIAL CONFERENCE AND TO SET.
           CUSTODY STATUS: ON BAIL.
12/28/04   BENCH WARRANT PENDING
12/30/04   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR PRE-TRIAL.
           CUSTODY STATUS: ON BAIL.
01/11/05   BENCH WARRANT OUTSTANDING -- ACTIVE
04/20/05   BENCH WARRANT SERVED - BOOKED
04/20/05   BENCH WARRANT SERVED - BOOKED
04/21/05   BENCH WARRANT RECALLED
05/24/05   HEARING HELD IN DIV. 31, SUPERIOR COURT SOUTHERN BRANCH,
```

```
241481                                                              07/26/07
SAN MATEO CJIS           ~    --- CRIMINAL CASE DOCKET ---          11:07
ORGANIZATION: MC              CASE NO. SM333021A                    PAGE   3
*****************************************************************************
CASE SYNOPSIS:

06/01/05   HEARING HELD IN DIV. 29, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. JOSEPH N GRUBER, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: TO SET.
           CUSTODY STATUS: ON BAIL.
06/01/05   BENCH WARRANT PENDING
06/14/05   BENCH WARRANT OUTSTANDING --- ACTIVE
06/22/05   BENCH WARRANT RECALLED
07/26/05   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR SENTENCING.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
07/26/05   BENCH WARRANT PENDING
07/28/05   BENCH WARRANT OUTSTANDING --- ACTIVE
08/18/05   BENCH WARRANT SERVED - BOOKED
08/19/05   BENCH WARRANT RECALLED
09/20/05   HEARING HELD IN DIV. 31, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. RICHARD KELLY, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR SENTENCING.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
09/20/05   BENCH WARRANT PENDING
10/11/05   BENCH WARRANT OUTSTANDING --- ACTIVE
10/27/05   BENCH WARRANT SERVED - BOOKED
10/28/05   BENCH WARRANT RECALLED
11/29/05   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR SENTENCING.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
11/29/05   BENCH WARRANT PENDING
12/29/05   BENCH WARRANT OUTSTANDING --- ACTIVE
02/02/06   HEARING HELD IN DIV. 31, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. HUGO BORJA, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR SENTENCING.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
02/02/06   BENCH WARRANT RECALLED
02/02/06   BENCH WARRANT RECALLED
04/19/06   HEARING HELD IN DIV. 10, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. GERALD BUCHWALD, JUDGE.
             NATURE OF PROCEEDINGS: PRE-TRIAL CONFERENCE AND TO SET.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
04/20/06   HEARING HELD IN DIV. 32, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. SUSAN GREENBERG, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: DISPOSITION AND TO SET.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
05/23/06   HEARING HELD IN DIV. 33, SUPERIOR COURT SOUTHERN BRANCH,
             BEFORE HON. STEPHANIE GARRATT, COURT COMMISSIONER.
             NATURE OF PROCEEDINGS: PRETRIAL CONFERENCE.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
05/23/06   BENCH WARRANT PENDING
05/23/06   BENCH WARRANT OUTSTANDING --- ACTIVE
```

```
i241481                                                            07/26/07
BAN MATEO CJIS              --- CRIMINAL CASE DOCKET ---            11:07
DRGANIZATION: MC                CASE NO. SM333021A                 PAGE   4
```

*******************************************************************************

CASE SYNOPSIS:

```
06/20/06   - CONTIUNED
           CUSTODY STATUS: RELEASED ON SURETY BOND.
06/20/06   BENCH WARRANT RECALLED
06/20/06   BENCH WARRANT RECALLED
07/24/06   HEARING HELD IN DIV. 19, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. KATHLEEN M MCKENNA, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: DISPOSITION..
           CUSTODY STATUS: RELEASED ON SURETY BOND.
08/29/06   HEARING HELD IN DIV. 31, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. HUGO BORJA, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: DISPOSITION..
           CUSTODY STATUS: RELEASED ON SURETY BOND.
10/16/06   HEARING HELD IN DIV. 12, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. H J ELLIS-SUPERIOR CT, JUDGE.
              NATURE OF PROCEEDINGS: JURY TRIAL..
           CUSTODY STATUS: RELEASED ON SURETY BOND.
11/04/06   BOOKED - COURT ORDERED JAIL NO.:   C064924
12/05/06   BENCH WARRANT PENDING
12/05/06   BENCH WARRANT OUTSTANDING -- ACTIVE
06/04/07   BENCH WARRANT SERVED - BOOKED
06/06/07   BENCH WARRANT RECALLED
06/06/07   HEARING HELD IN DIV. 19, SUPERIOR COURT SOUTHERN BRANCH,
              BEFORE HON. KATHLEEN MCKENNA, COURT COMMISSIONER.
              NATURE OF PROCEEDINGS: BENCH/WARRANT FAILED TO COMPLETE.
           CUSTODY STATUS: IN CUSTODY.
```

*******************************************************************************

```
J241481                                                              07/26/07
SAN MATEO CJIS            ----- CRIMINAL CASE DOCKET -----           11:07
ORGANIZATION: MC               CASE NO. SM333021A                    PAGE    5
```

**************************************************************************
RECORD OF CASE EVENTS:


05/10/04 09:00    AFFIDAVIT OF COSTS FOR CRIMINAL JUSTICE ADMINISTRATION
                  FEE, RECEIVED.
         11:44    CASE SHIFTED FROM HEARING ON 05/10/2004 AT  1:30 P.M. IN
                  DEPARTMENT IC OF SUPERIOR COURT SOUTHERN BRANCH TO
                  HEARING ON 05/10/2004 AT  1:30 P.M. IN DEPARTMENT 29 OF
                  SUPERIOR COURT SOUTHERN BRANCH.
         13:30 ** HEARING HELD ON 05/10/04 AT 1:30 P.M. IN SUPERIOR COURT
                  SOUTHERN BRANCH, D- 29. HON. JOSEPH N GRUBER, COURT
                  COMMISSIONER, PRESIDING. CLERK: IRENE GRAY. REPORTER:
                  TRACY WOOD. CLERK2: GUY THOMPSON.  DEPUTY D.A. WILSON.
                  DEFENSE COUNSEL PRESENT: NONE.
                  MISDEMEANOR ARRAIGNMENT
                  STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                  SPANISH LANGUAGE INTERPRETER ALVAREZ DULY SWORN.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  DEFENDANT ARRAIGNED AND ADVISED OF THE FOLLOWING RIGHTS:
                   TO THE VARIOUS PLEAS AVAILABLE; TO A SPEEDY PUBLIC TRIAL
                   FROM THE DATE OF ARRAIGNMENT, WITHIN 30 DAYS IF IN
                   CUSTODY, WITHIN 45 DAYS IF NOT IN CUSTODY, OTHERWISE,
                   THE MATTER MUST BE DISMISSED; TO THE AID OF THE COURT TO
                   SUBPOENA AND PRODUCE WITNESSES ON OWN BEHALF, TO
                   CONFRONT AND EXAMINE ADVERSE WITNESSES; TO A TRIAL BY
                   JURY; IF CONVICTED, TO BE SENTENCED NOT SOONER THAN 6
                   HOURS NOR LATER THAN 5 DAYS OR WITHIN 20 COURT DAYS IF
                   REFERRED TO PROBATION OFFICE; TO THE AID OF AN ATTORNEY
                   AT ALL STAGES OF THE PROCEEDINGS; THAT THE COURT WILL
                   APPOINT AN ATTORNEY IF DEFENDANT IS UNABLE TO EMPLOY
                   OWN; TO A REASONABLE LENGTH OF TIME TO CONSULT AN
                   ATTORNEY; DEFENDANT ADVISED, IF NOT A CITIZEN, THAT
                   CONVICTION OF THE OFFENSE WITH WHICH HE HAS BEEN CHARGED
                   MAY RESULT IN DEPORTATION, EXCLUSION OR ADMISSION TO THE
                   UNITED STATES, OR DENIAL OR NATURALIZATION PURSUANT TO
                   THE LAWS OF THE UNITED STATES.
                  APPOINT PRIVATE DEFENDER. DEFENDANT ADVISED THAT UPON
                   CONCLUSION OF THE CASE THE COURT MAY CONDUCT A HEARING
                   TO DETERMINE THE DEFENDANT'S THEN ABILITY TO PAY FOR ALL
                   OR ANY PART OF APPOINTED COUNSEL AND THAT DEFENDANT MAY
                   BE ORDERED TO PAY ALL OR THAT PART OF SAID COSTS WITHIN
                   DEFENDANT'S ABILITY TO PAY.
                  FURTHER ARRAIGNMENT AND ADVISE OF RIGHTS WAIVED.
                  THE COURT WILL MAKE A DETERMINATION OF YOUR ABILITY TO
                   PAY ALL OR A PORTION OF THE COST OF THE ATTORNEY. IF THE
                   COURT DETERMINES THAT YOU HAVE THE FINANCIAL ABILITY TO
                   PAY ALL OR SOME OF THOSE COSTS, THE COURT WILL MAKE AN
                   ORDER THAT YOU REIMBURSE THE COUNTY TO THE EXTENT AND IN
                   THE MANNER THAT THE COURT FINDS REASONABLE. AN ORDER TO
                   REIMBURSE THE COUNTY FOR COURT-APPOINTED COUNSEL FEES
                   WILL HAVE THE SAME FORCE AND EFFECT AS A JUDGMENT IN A
                   CIVIL ACTION AND SHALL BE SUBJECT TO ENFORCEMENT

```
J241481                                                            07/26/07
SAN MATEO CJIS              ---- CRIMINAL CASE DOCKET ----         11:07
ORGANIZATION: MC               CASE NO. SM333021A                  PAGE    6
```

*****************************************************************************
RECORD OF CASE EVENTS:

05/10/04 -- CONTINUED

> NOT YOU HAVE THE FINANCIAL ABILITY TO PAY SOME OR ALL OF
> THE COURT-APPOINTED COUNSEL FEE. YOU HAVE THE RIGHT TO
> BE HEARD IN PERSON, PRESENT WITNESSES AND OTHER
> DOCUMENTARY EVIDENCE, TO CONFRONT AND CROSS EXAMINE
> ADVERSE WITNESSES, HAVE THE EVIDENCE AGAINST YOU
> DISCLOSED TO YOU AND A WRITTEN STATEMENT OF THE FINDINGS
> OF THE COURT. IF YOU DO NOT REQUEST SUCH A HEARING, YOU
> WILL BE GIVING UP YOUR RIGHT TO SUCH A HEARING. IF AN
> ATTORNEY IS APPOINTED TO REPRESENT YOU, YOU WILL BE
> ORDERED TO APPEAR BEFORE THE REVENUE SERVICES MANAGER AT
> THE CONCLUSION OF YOUR CASE FOR A DETERMINATION OF YOUR
> ABILITY TO PAY THE COST OF LEGAL ASSISTANCE PROVIDED.
> SHOULD YOU FAIL TO APPEAR BEFORE THE REVENUE SERVICES
> MANAGER AS ORDERED, S/HE WILL REPORT SUCH FAILURE AND
> RECOMMEND THAT THE COURT ORDER PAYMENT OF THE FULL COST
> OF THE LEGAL ASSISTANCE PROVIDED.
> DEFENDANT ENTERED A PLEA OF NOT GUILTY TO COUNT 1.
> TIME NOT WAIVED BY DEFENDANT / COUNSEL.
> DEFENDANT WAIVES THE RIGHT TO A HEARING FOR PROBABLE
>   CAUSE FOR THE ARREST.
> DEFENDANT IN CUSTODY ON THIS CASE.
> BAIL SET AT $2,500.00.
> SPANISH INTERPRETER ORDERED FOR NEXT APPEARANCE.
> CASE CONTINUED TO 05/21/2004 AT 8:30 A.M. IN REDWOOD
>   CITY IN DEPT. PT FOR PRETRIAL CONFERENCE.
> CASE CONTINUED TO 06/07/2004 AT 9:00 A.M. IN REDWOOD
>   CITY IN DEPT. JT FOR JURY TRIAL.
> ATTORNEY VON HOPKINS SPECIALLY APPEARED LATE FOR
>   ATTORNEY CANNY
> CASE CONTINUED TO 05/12/2004 AT 1:30 P.M. IN REDWOOD
>   CITY IN DEPT. IC FOR FURTHER OR REPORT.
> ENTERED BY GUY THOMPSON ON 05/10/2004.

05/12/04 11:03     CASE SHIFTED FROM HEARING ON 05/12/2004 AT  1:30 P.M. IN
                     DEPARTMENT IC OF SUPERIOR COURT SOUTHERN BRANCH TO
                     HEARING ON 05/12/2004 AT  1:30 P.M. IN DEPARTMENT 32 OF
                     SUPERIOR COURT SOUTHERN BRANCH.
         13:30 **   HEARING HELD ON 05/12/04 AT 1:30 P.M. IN SUPERIOR COURT
                     SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                     COMMISSIONER, PRESIDING. CLERK: ROSA VEGA, REPORTER:
                     RHONDA GUESS. CLERK2: YOLANDA MANION.  DEPUTY D.A.
                     RAFFAELLI.  DEFENSE COUNSEL PRESENT: EASTERBROOK.
                     FURTHER O.R. REPORT
                   STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                   DEFENDANT APPEARED WITH ATTORNEY CANNY.
                   PRIVATE DEFENDER RELIEVED.
                   TIME WAIVED FOR TRIAL BY DEFENDANT / COUNSEL.
                   DEFENDANT IN CUSTODY ON THIS CASE.

```
241481
AN MATEO CJIS                    ----- CRIMINAL CASE DOCKET -----         07/26/07
RGANIZATION: MC                       CASE NO. SM333021A                    11:07
                                                                           PAGE    7
****************************************************************************************
ECORD OF CASE EVENTS:

5/12/04 - CONTINUED
                    BAIL SET AT $2,500.00.
                    CASE CONTINUED TO 05/26/2004 AT 1:30 P.M. IN REDWOOD
                      CITY IN DEPT. IC FOR TO SET.
                    JURY TRIAL SET ON 06/07/2004 AT 9:00 A.M. ORDERED
                      VACATED.
                    PRETRIAL CONFERENCE SET ON 05/21/2004 AT 8:30 A.M.
                      ORDERED VACATED.
                    ENTERED BY MANION ON 05/12/2004.

5/26/04 11:21      CASE SHIFTED FROM HEARING ON 05/26/2004 AT  1:30 P.M. IN
                      DEPARTMENT IC OF SUPERIOR COURT SOUTHERN BRANCH TO
                      HEARING ON 05/26/2004 AT  1:30 P.M. IN DEPARTMENT 41 OF
                      SUPERIOR COURT SOUTHERN BRANCH.
           13:30 ** HEARING HELD ON 05/26/04 AT 1:30 P.M. IN SUPERIOR COURT
                      SOUTHERN BRANCH, D- 41. HON. THOMAS M SMITH, JUDGE,
                      PRESIDING. CLERK: LINDA MAKELA. REPORTER: DEBBIE RAMIREZ
                      . CLERK2: URSULA HAWKINS. DEPUTY D.A. FEASEL.  DEFENSE
                      COUNSEL PRESENT: CANNY.
                      TO SET
                    DEFENDANT APPEARED WITH ATTORNEY CANNY.
                    TIME CONTINUES TO BE WAIVED BY DEFENDANT/COUNSEL.
                    DEFENDANT IN CUSTODY ON THIS CASE.
                    BAIL SET AT $2,500.00.
                    CASE CONTINUED TO 06/16/2004 AT 1:30 P.M. IN REDWOOD
                      CITY IN DEPT. IC FOR TO SET.
                    ENTERED BY UHAWKINS ON 05/26/2004.

6/07/04 09:00      $2,500.00 BAIL BOND NUMBER LG5-115409 POSTED ON
                      05/27/2004 BY LINCOLN GENERAL SURETY COMPANY ALADDIN
                      BAIL BOND COMPANY FOR DEFENDANT APPEARANCE ON 06/16/2004
                      AT 1:30 P.M..
                    BAIL BOND FILED IN CASE FILE
                    FILE SENT TO IN CUSTODY (RACK)

6/16/04 11:05      CASE SHIFTED FROM HEARING ON 06/16/2004 AT  1:30 P.M. IN
                      DEPARTMENT IC OF SUPERIOR COURT SOUTHERN BRANCH TO
                      HEARING ON 06/16/2004 AT  1:30 P.M. IN DEPARTMENT 7  OF
                      SUPERIOR COURT SOUTHERN BRANCH.
           13:30 ** HEARING HELD ON 06/16/04 AT 1:30 P.M. IN SUPERIOR COURT
                      SOUTHERN BRANCH, D- 7. HON. STEVE L DYLINA, JUDGE,
                      PRESIDING. CLERK: AMADOR CARLA. REPORTER: RHONDA GUESS.
                      CLERK2: FITZGIBBON LINDA. DEPUTY D.A. PITT.  DEFENSE
                      COUNSEL PRESENT: CANNY.
                      TO SET
                    DEFENDANT APPEARED WITH ATTORNEY CANNY.
                    INTERPRETER NO LONGER REQUIRED.
                    TIME WAIVED FOR JURY TRIAL.
                    DEFENDANT IS OUT OF CUSTODY.
```

```
J241481                        ----- CRIMINAL CASE DOCKET -----          07/26/07
SAN MATEO CJIS                      CASE NO. SM333021A                    11:07
ORGANIZATION: MC                                                         PAGE   8
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECORD OF CASE EVENTS:

06/16/04 — CONTINUED
                    CASE CONTINUED TO 09/16/2004 AT 1:30 P.M. IN REDWOOD
                       CITY IN DEPT. PT FOR PRETRIAL CONFERENCE..
                    CASE CONTINUED TO 10/12/2004 AT 9:00 A.M. IN REDWOOD
                       CITY IN DEPT. JT FOR JURY TRIAL..
                    VACATE ANY DATES SET BY BAIL BONDS
                    ENTERED BY LAF ON 06/16/2004.

09/15/04 10:29    CASE SHIFTED FROM HEARING ON 09/16/2004 AT  1:30 P.M. IN
                       DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                       HEARING ON 09/16/2004 AT  1:30 P.M. IN DEPARTMENT 24 OF
                       SUPERIOR COURT SOUTHERN BRANCH.

09/16/04 13:30 **  HEARING HELD ON 09/16/04 AT 1:30 P.M. IN SUPERIOR COURT
                       SOUTHERN BRANCH, D- 24, HON. STEPHEN M HALL, JUDGE,
                       PRESIDING. CLERK: LESLIE WISE. REPORTER: SANDRA
                       BETTENCOURT. CLERK2: URSULA HAWKINS.  DEPUTY D.A. ARTHUR
                       .  DEFENSE COUNSEL PRESENT: ALSOP.
                       PRE TRIAL CONFERENCE
                    DEFENDANT APPEARED WITH ATTORNEY ALSOP.
                    DEFENSE ATTORNEY APPEARED FOR ATTORNEY OF RECORD CANNY.
                    DEFENDANT REMAINS ON BAIL
                    CASE CONTINUED TO 09/23/2004 AT 9:00 A.M. IN REDWOOD
                       CITY IN DEPT. AR FOR DISPO/CONFIRM.
                    ENTERED BY UHAWKINS ON 09/16/2004.

09/22/04 14:01    CASE SHIFTED FROM HEARING ON 09/23/2004 AT  9:00 A.M. IN
                       DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                       HEARING ON 09/23/2004 AT  9:00 A.M. IN DEPARTMENT 29 OF
                       SUPERIOR COURT SOUTHERN BRANCH.

09/23/04 09:00 **  HEARING HELD ON 09/23/04 AT 9:00 A.M. IN SUPERIOR COURT
                       SOUTHERN BRANCH, D- 29. HON. JOSEPH N GRUBER, COURT
                       COMMISSIONER, PRESIDING. CLERK: SARAI MORENO. REPORTER:
                       TRACY WOOD. CLERK2: IRENE F GRAY.  DEPUTY D.A. JOO.
                       DEFENSE COUNSEL PRESENT: CANNY.
                       DISPO/CONFIRM
                    STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                    DEFENDANT APPEARED WITH ATTORNEY CANNY.
                    ARRAIGNMENT AND ADVICE OF RIGHTS WAIVED.
                    TIME WAIVED FOR JURY TRIAL.
                    DEFENDANT REMAINS ON BAIL.
                    CASE CONTINUED TO 11/23/2004 AT 8:30 A.M. IN REDWOOD
                       CITY IN DEPT. PT FOR PRETRIAL CONFERENCE..
                    CASE CONTINUED TO 12/13/2004 AT 9:00 A.M. IN REDWOOD
                       CITY IN DEPT. JT FOR JURY TRIAL..
                    JURY TRIAL SET ON 10/12/2004 AT 9:00 A.M. ORDERED
                       VACATED.
```

```
1241481                                                                07/26/07
SAN MATEO CJIS           ---- CRIMINAL CASE DOCKET ----                11:07
ORGANIZATION: MC               CASE NO. SM333021A                      PAGE   9
```

**************************************************************************
RECORD OF CASE EVENTS:


11/22/04 11:26      CASE SHIFTED FROM HEARING ON 11/23/2004 AT  8:30 A.M. IN
                    DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 11/23/2004 AT  8:30 A.M. IN DEPARTMENT 29 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

11/23/04 08:30 **  HEARING HELD ON 11/23/04 AT 8:30 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 29. HON. JOSEPH N GRUBER, COURT
                    COMMISSIONER, PRESIDING. CLERK: IRENE GRAY. REPORTER:
                    TRACY WOOD. CLERK2: MARTIN KING.  DEPUTY D.A. R.BAUM.
                    DEFENSE COUNSEL PRESENT: CANNY.
                    PRE TRIAL CONFERENCE
                    STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                    DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                    CANNEY.
                    CASE CONTINUED TO 12/21/2004 AT 8:30 A.M. IN REDWOOD
                    CITY IN DEPT. PT FOR PRE-TRIAL CONFERENCE AND TO SET.
                    JURY TRIAL SET ON 12/13/2004 AT 9:00 A.M. ORDERED
                    VACATED.
                    ENTERED BY M.KING ON 11/23/2004.

12/20/04 13:54      CASE SHIFTED FROM HEARING ON 12/21/2004 AT  8:30 A.M. IN
                    DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 12/21/2004 AT  8:30 A.M. IN DEPARTMENT 32 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

12/21/04 08:30 **  HEARING HELD ON 12/21/04 AT 8:30 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                    COMMISSIONER, PRESIDING. CLERK: SYLVIA CUELLAR.
                    REPORTER: VERONICA CALABRESE, CLERK2: MARTIN KING.
                    DEPUTY D.A. ARTHUR.. DEFENSE COUNSEL PRESENT: CANNEY.
                    PRE TRIAL CONFERENCE AND TO SET
                    STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                    DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                    CANNY.
                    BENCH WARRANT UNDER SUBMISSION.
                    DEFENDANT REMAINS ON BAIL
                    CASE CONTINUED TO 12/28/2004 AT 8:30 A.M. IN REDWOOD
                    CITY IN DEPT. PT FOR PRE-TRIAL CONFERENCE AND TO SET.
                    ENTERED BY M.KING ON 12/21/2004.

12/27/04 11:44      CASE SHIFTED FROM HEARING ON 12/28/2004 AT  8:30 A.M. IN
                    DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 12/28/2004 AT  8:30 A.M. IN DEPARTMENT 32 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

12/28/04 08:30 **  HEARING HELD ON 12/28/04 AT 8:30 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                    COMMISSIONER, PRESIDING. CLERK: SYLVIA CUELLAR.
```

```
J241481                                                                  07/26/07
SAN MATEO CJIS              ---- CRIMINAL CASE DOCKET ----               11:07
ORGANIZATION: MC                   CASE NO. SM333021A                    PAGE  10

****************************************************************************
RECORD OF CASE EVENTS:

12/28/04 - CONTINUED
                    PRE TRIAL CONFERENCE AND TO SET
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    BAIL BOND ORDERED FORFEITED.
                    BENCH WARRANT ORDERED.  BAIL SET AT $10,000.00.
                    ENTERED BY TPETRIAT ON 12/28/2004.
          09:00     APPEARANCE SET ON 12/30/2004 AT 9:00 A.M. IN SUPERIOR
                    COURT SOUTHERN BRANCH DEPT. AR FOR BW FAILED TO APPEAR
                    FOR JURY TRIAL AT REQUEST OF ATTY CANNY 650652-7862.

12/29/04 09:00      VACATE BW FAILED TO APPEAR FOR JURY TRIAL THAT WAS SET
                    ON 12/30/2004 AT 9:00 A.M. AND RESET TO 12/30/2004 AT
                    9:00 A.M. IN SUPERIOR COURT SOUTHERN BRANCH DEPT. AR FOR
                    BW FAILED TO APPEAR FOR PRE-TRIAL.
          14:40     CASE SHIFTED FROM HEARING ON 12/30/2004 AT  9:00 A.M. IN
                    DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 12/30/2004 AT  9:00 A.M. IN DEPARTMENT 32 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

12/30/04 09:00 **  HEARING HELD ON 12/30/04 AT 9:00 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                    COMMISSIONER, PRESIDING. CLERK: SYLVIA CUELLAR.
                    REPORTER: CALABRESE VERONICA. CLERK2: FRANCOISE ESPINOZA
                    . DEPUTY D.A. CHO.  DEFENSE COUNSEL PRESENT: CANNY.
                    B/W FAILED TO APPREAR FOR PRE TRIAL
                    DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                    CANNY.
                    LEAVE WARRANT OUTSTANDING.
                    ENTERED BY FESPINOZA ON 12/30/2004.

01/11/05 09:00      BAIL BOND NO. LG5-115409 FOR $2,500.00 FORFEITED.
                    NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
                    BENCH WARRANT ISSUED TO EP ON 01/11/2005.  BAIL
                    $10,000.00.  JUDGE GREENBERG, SUSAN.

01/13/05 10:45      AWS SVC. ACTION ON 01/13/2005 AT 10:45 BY 41470. J16112
                    NEW WARRANT STATUS IS: OUTSTANDING -- ACTIVE
                    STATUS UPDATED IN CJIS ON: 01/14/2005 .

04/20/05 09:00      BAIL BOND NUMBER LG5-115409 FOR $2,500.00 EXONERATED.
          17:44     AWS SVC. ACTION ON 04/20/2005 AT 17:44 BY 04100. J16112
                    NEW WARRANT STATUS IS: SERVED - BOOKED .
                    STATUS UPDATED IN CJIS ON: 04/21/2005
          18:47     AWS SVC. ACTION ON 04/20/2005 AT 18:47 BY 04100. J16112
                    NEW WARRANT STATUS IS: SERVED - BOOKED
                    STATUS UPDATED IN CJIS ON: 04/21/2005

04/21/05 09:00      $10,000.00 BAIL BOND NUMBER LG25-305726 POSTED ON
                    04/20/2005 BY LINCOLN GENERAL SURETY COMPANY ALADDIN
```

```
241481                                                          07/26/07
AN MATEO CJIS           ---- CRIMINAL CASE DOCKET ----          11:07
RGANIZATION: MC              CASE NO. SM333021A                 PAGE  11
```

*****************************************************************************************
RECORD OF CASE EVENTS:

04/21/05 -- CONTINUED
                    B/B FILED IN CASE FILE & RETURNED TO RECALL B/W
                    VACATE ARRAIGNMENT. THAT WAS SET ON 05/24/2005 AT 9:00
                        A.M.
                    APPEARANCE SET ON 05/24/2005 AT 9:00 A.M. IN SUPERIOR
                        COURT SOUTHERN BRANCH DEPT. AR FOR BW FAILED TO APPEAR
                        FOR PRE-TRIAL.
                    FILE SENT TO RECALL DESK
                    BENCH WARRANT ISSUED ON 01/11/2005.  RECALLED ON
                        04/21/2005.
          16:29     AWS SVC. ACTION ON 04/21/2005 AT 16:29 BY 0413J. J16112
                    NEW WARRANT STATUS IS: RECALLED
                    STATUS UPDATED IN CJIS ON: 04/22/2005

04/28/05 09:00      ARREST WARRANT / BENCH WARRANT ISSUED ON 01/11/2005,
                    RETURNED AND FILED.

05/23/05 14:52      CASE SHIFTED FROM HEARING ON 05/24/2005 AT  9:00 A.M. IN
                        DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                        HEARING ON 05/24/2005 AT  9:00 A.M. IN DEPARTMENT 31 OF
                        SUPERIOR COURT SOUTHERN BRANCH.

05/24/05 09:00 ** HEARING HELD ON 05/24/05 AT 9:00 A.M. IN SUPERIOR COURT
                        SOUTHERN BRANCH, D- 31. HON. RICHARD KELLY, COURT
                        COMMISSIONER, PRESIDING. CLERK: MARGUERITE WAGGENER.
                        REPORTER: SUSAN PETSCHE. CLERK2: MARTIN KING.  DEPUTY
                        D.A. DONNELLAN.  DEFENSE COUNSEL PRESENT: NONE.
                        B/W FAILED TO APPREAR FOR PRE TRIAL
                        STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                        DEFENDANT APPEARED WITHOUT COUNSEL.
                        TIME WAIVED FOR TO SET BY DEFENDANT / COUNSEL.
                        DEFENDANT REMAINS ON BAIL
                        CASE CONTINUED TO 06/01/2005 AT 9:00 A.M. IN REDWOOD
                            CITY IN DEPT. AR FOR TO SET.
                        ENTERED BY M.KING ON 05/24/2005.

05/31/05 14:58      CASE SHIFTED FROM HEARING ON 06/01/2005 AT  9:00 A.M. IN
                        DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                        HEARING ON 06/01/2005 AT  9:00 A.M. IN DEPARTMENT 29 OF
                        SUPERIOR COURT SOUTHERN BRANCH.

06/01/05 09:00 ** HEARING HELD ON 06/01/05 AT 9:00 A.M. IN SUPERIOR COURT
                        SOUTHERN BRANCH, D- 29. HON. JOSEPH N GRUBER, COURT
                        COMMISSIONER, PRESIDING. CLERK: IRENE GRAY. REPORTER:
                        TRACY WOOD. CLERK2: DAVID PARKER.  DEPUTY D.A. DONNELLAN
                        DEFENSE COUNSEL PRESENT: NONE.
                        TO SET
                        NO APPEARANCE BY OR FOR DEFENDANT.
                        BAIL BOND ORDERED FORFEITED.

```
J241481
SAN MATEO CJIS                    ---- CRIMINAL CASE DOCKET ----        07/26/07
ORGANIZATION: MC                        CASE NO. SM333021A              11:07
                                                                       PAGE  12
***************************************************************************
RECORD OF CASE EVENTS:

06/01/05 -- CONTINUED
                    ENTERED BY DPARKER ON 06/01/2005.

06/14/05 09:00      BAIL BOND NO. LG25-305726 FOR $10,000.00 FORFEITED.
                    NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
                    FTA ON 06/01/2005 FOR TO SET
                    BENCH WARRANT ISSUED TO EP ON 06/14/2005.  BAIL
                      $15,000.00.  JUDGE GRUBER, JOSEPH N..

06/17/05 18:21      AWS SVC. ACTION ON 06/17/2005 AT 18:21 BY 41470. J16112
                      NEW WARRANT STATUS IS: OUTSTANDING -- ACTIVE
                      STATUS UPDATED IN CJIS ON: 06/20/2005

06/21/05 08:00      $15,000.00 BAIL BOND NUMBER IT-396860 POSTED ON
                      06/19/2005 BY INTERNATIONAL FIDELITY SURETY COMPANY
                      JAMES RANKIN BAIL BOND COMPANY FOR DEFENDANT APPEARANCE
                      ON 07/26/2005 AT 9:00 A.M..

06/22/05 09:00      BAIL FILED IN CASE FILE AND RETURNED TO RECALL B/W.
                    BENCH WARRANT ISSUED ON 06/14/2005.  RECALLED ON
                      06/22/2005.
                    ARREST WARRANT / BENCH WARRANT ISSUED ON 06/14/2005.
                      RETURNED AND FILED.
                    BAIL BOND NUMBER LG25-305726 FOR $10,000.00 EXONERATED.
         14:49      AWS SVC. ACTION ON 06/22/2005 AT 14:49 BY 0413J. J16112
                      NEW WARRANT STATUS IS: RECALLED
                      STATUS UPDATED IN CJIS ON: 06/23/2005

07/25/05 08:00      VACATE ARRAIGNMENT THAT WAS SET ON 07/26/2005 AT 9:00
                      A.M. AND RESET TO 07/26/2005 AT 9:00 A.M. IN SUPERIOR
                      COURT SOUTHERN BRANCH DEPT. AR FOR BW FAILED TO APPEAR
                      FOR SENTENCING.
         11:05      CASE SHIFTED FROM HEARING ON 07/26/2005 AT  9:00 A.M. IN
                      DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                      HEARING ON 07/26/2005 AT  9:00 A.M. IN DEPARTMENT 32 OF
                      SUPERIOR COURT SOUTHERN BRANCH.

07/26/05 09:00 **   HEARING HELD ON 07/26/05 AT 9:00 A.M. IN SUPERIOR COURT
                      SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                      COMMISSIONER, PRESIDING. CLERK: SYLVIA CUELLAR.
                      REPORTER: VERONICA CALABRESE. CLERK2: DAVID PARKER.
                      DEPUTY D.A. EUFUSIA.  DEFENSE COUNSEL PRESENT: NONE.
                      B/W FAILED TO APPEAR FOR SENTENCING
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    BAIL BOND ORDERED FORFEITED.
                    BENCH WARRANT ORDERED.  BAIL SET AT $20,000.00.
                    ENTERED BY DPARKER ON 07/26/2005.

07/28/05 09:00      BAIL BOND NO. IT-396860 FOR $15,000.00 FORFEITED
```

```
241481                                                           07/26/07
AN MATEO CJIS              ---- CRIMINAL CASE DOCKET ----        11:07
IRBANIZATION: MC                CASE NO. SM333021A              PAGE  13
```

*****************************************************************************
RECORD OF CASE EVENTS:

07/28/05 -- CONTINUED
                    FTA ON 07/26/2005 FOR SENTENCING
                    BENCH WARRANT ISSUED TO EP ON 07/28/2005.  BAIL
                    $20,000.00.  JUDGE GREENBERG, SUSAN.

07/30/05 12:22    AWS SVC. ACTION ON 07/30/2005 AT 12:22 BY 41470. J16112
                    NEW WARRANT STATUS IS: OUTSTANDING -- ACTIVE
                    STATUS UPDATED IN CJIS ON: 08/01/2005

08/18/05 19:07    AWS SVC. ACTION ON 08/18/2005 AT 19:07 BY 04100. J16112
                    NEW WARRANT STATUS IS: SERVED -- BOOKED
                    STATUS UPDATED IN CJIS ON: 08/19/2005

08/19/05 09:00    $20,000.00 BAIL BOND NUMBER IT-400559 POSTED ON
                    08/18/2005 BY INTERNATIONAL FIDELITY SURETY COMPANY
                    JAMES RANKIN BAIL BOND COMPANY FOR DEFENDANT APPEARANCE
                    ON 09/20/2005 AT 9:00 A.M..
                    VACATE ARRAIGNMENT. THAT WAS SET ON 09/20/2005 AT 9:00
                    A.M..
                    APPEARANCE SET ON 09/20/2005 AT 9:00 A.M. IN SUPERIOR
                    COURT SOUTHERN BRANCH DEPT. AR FOR BW FAILED TO APPEAR
                    FOR SENTENCING.
                    BAIL FILED IN CASE FILE AND RETURNED TO RECALL B/W.
                    PLEASE RETURN CASE FILE TO OPEN.
                    BENCH WARRANT ISSUED ON 07/28/2005.  RECALLED ON
                    08/19/2005.
          14:52    AWS SVC. ACTION ON 08/19/2005 AT 14:52 BY 0413J. J16112
                    NEW WARRANT STATUS IS: RECALLED
                    STATUS UPDATED IN CJIS ON: 08/22/2005
          16:00    BAIL BOND NUMBER IT-396860 FOR $15,000.00 EXONERATED.

08/24/05 09:00    ARREST WARRANT / BENCH WARRANT ISSUED ON 07/28/2005,
                    RETURNED AND FILED.

09/19/05 10:43    CASE SHIFTED FROM HEARING ON 09/20/2005 AT  9:00 A.M. IN
                    DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 09/20/2005 AT  9:00 A.M. IN DEPARTMENT 31 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

09/20/05 09:00 ** HEARING HELD ON 09/20/05 AT 9:00 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 31. HON. RICHARD KELLY, COURT
                    COMMISSIONER, PRESIDING. CLERK: MARGUERITE WAGGNER.
                    REPORTER: TANYA TREADE. CLERK2: MARTIN KING. DEPUTY
                    D.A. DW.  DEFENSE COUNSEL PRESENT: NONE.
                    B/W FAILED TO APPEAR FOR SENTENCING
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    BAIL BOND ORDERED FORFEITED.
                    BENCH WARRANT ORDERED.  BAIL SET AT $30,000.00.
                    ENTERED BY M.KING ON 09/20/2005.
```

```
J241481                                                              07/26/07
SAN MATEO CJIS              ᵜ  ----- CRIMINAL CASE DOCKET -----      11:07
ORGANIZATION: MC                    CASE NO. SM333021A               PAGE  14
```

**************************************************************************************
RECORD OF CASE EVENTS:

10/11/05 - CONTINUED
                    NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
                    FTA ON 09/20/2005 FOR SENTENCING
                    BENCH WARRANT ISSUED TO EP ON 10/11/2005.  BAIL
                       $30,000.00.  JUDGE KELLY, RICHARD F..

10/15/05 06:22      AWS SVC. ACTION ON 10/15/2005 AT 06:22 BY 41470. J16112
                       NEW WARRANT STATUS IS: OUTSTANDING --- ACTIVE
                       STATUS UPDATED IN CJIS ON: 10/17/2005

10/27/05 22:28      AWS SVC. ACTION ON 10/27/2005 AT 22:28 BY Q4120. J16112
                       NEW WARRANT STATUS IS: SERVED. - BOOKED
                       STATUS UPDATED IN CJIS ON: 10/28/2005

10/28/05 09:00      $30,000.00 BAIL BOND NUMBER A50-00230577 POSTED ON
                       10/28/2005 BY ACCREDITED SURETY COMPANY PENINSULA BAIL
                       BOND COMPANY FOR DEFENDANT APPEARANCE ON 11/29/2005 AT
                       9:00 A.M..
                    VACATE ARRAIGNMENT. THAT WAS SET ON 11/29/2005 AT 9:00
                       A.M.
                    APPEARANCE SET ON 11/29/2005 AT 9:00 A.M. IN SUPERIOR
                       COURT SOUTHERN BRANCH DEPT. AR FOR BW FAILED TO APPEAR
                       FOR SENTENCING.
                    BAIL BOND RECEIPT FILED IN CASE FILE. FILE SEND TO
                       RECALL DESK THEN FILE TO OPEN. ACCTG/LB
                    BENCH WARRANT ISSUED ON 10/11/2005.  RECALLED ON
                       10/28/2005.
         14:26      AWS SVC. ACTION ON 10/28/2005 AT 14:26 BY 0413J. J16112
                       NEW WARRANT STATUS IS: RECALLED
                       STATUS UPDATED IN CJIS ON: 10/31/2005

11/04/05 09:00      ARREST WARRANT / BENCH WARRANT ISSUED ON 10/11/2005,
                       RETURNED AND FILED.

11/28/05 12:39      CASE SHIFTED FROM HEARING ON 11/29/2005 AT  9:00 A.M. IN
                       DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                       HEARING ON 11/29/2005 AT  9:00 A.M. IN DEPARTMENT 32 OF
                       SUPERIOR COURT SOUTHERN BRANCH.

11/29/05 09:00 **   HEARING HELD ON 11/29/05 AT 9:00 A.M. IN SUPERIOR COURT
                       SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                       COMMISSIONER, PRESIDING. CLERK: DAVID PARKER. REPORTER:
                       VERONICA CALABRESE. CLERK2: FRANCISCO C BERNAL. DEPUTY
                       D.A. STAUFFER.  DEFENSE COUNSEL PRESENT: NONE.
                       B/W FAILED TO APPEAR FOR SENTENCING
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    BENCH WARRANT ORDERED.  BAIL SET AT $50,000.00.
                    BAIL BOND ORDERED FORFEITED.
                    ENTERED BY FBERNAL ON 11/29/2005.
```

```
1241481                                                           07/26/07
SAN MATEO CJIS              ---- CRIMINAL CASE DOCKET ----        11:07
ORGANIZATION: MC                 CASE NO. SM333021A              PAGE  15
```

**************************************************************************
RECORD OF CASE EVENTS:

12/29/05 - CONTINUED
                    BAIL BOND NO. A50-00230577 FOR $30,000.00 FORFEITED.
                    NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
                    FTA ON 11/29/2005 FOR SENTENCING
                    BENCH WARRANT ISSUED TO EP ON 12/29/2005.  BAIL
                        $50,000.00.  JUDGE GRUBER, JOSEPH N..

01/07/06 08:02      AWS SVC. ACTION ON 01/07/2006 AT 08:02 BY 41470. J16112
                    NEW WARRANT STATUS IS: OUTSTANDING -- ACTIVE
                    STATUS UPDATED IN CJIS ON: 01/09/2006

01/17/06 09:00      MOTION TO SET ASIDE FORFEITURE AND EXONERATE BAIL FILED.
                    MOTION TO BE HEARD ON 02/06/2006 AT 9:00 A.M. IN
                    SUPERIOR COURT SOUTHERN BRANCH DEPT. PH.
                    DECLARATION OF NON-COLLUSION FOR MOTION TO VACATE
                    FORFEITURE AND TO EXONERATE BOND FILED.
                    PROOF OF SERVICE FILED.

01/30/06 09:00      APPEARANCE SET ON 02/02/2006 AT 9:00 A.M. IN SUPERIOR
                    COURT SOUTHERN BRANCH DEPT. AR FOR BENCH/WARRANT FAILED
                    TO APPEAR AT REQUEST OF ATTY.

02/01/06 09:00      VACATE BENCH/WARRANT FAILED TO APPEAR THAT WAS SET ON
                    02/02/2006 AT 9:00 A.M. AND RESET TO 02/02/2006 AT 9:00
                    A.M. IN SUPERIOR COURT SOUTHERN BRANCH DEPT. AR FOR BW
                    FAILED TO APPEAR FOR SENTENCING.
         13:32      CASE SHIFTED FROM HEARING ON 02/02/2006 AT 9:00 A.M. IN
                    DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 02/02/2006 AT 9:00 A.M. IN DEPARTMENT 31 OF
                    SUPERIOR COURT SOUTHERN BRANCH.

02/02/06 09:00      BENCH WARRANT ISSUED ON 12/29/2005.  RECALLED ON
                    02/02/2006.
                    VACATE MOTION TO SET ASIDE FORFEITURE & EXON BL THAT WAS
                    SET ON 02/06/2006 AT 9:00 A.M.
                    CORRECTION/MODIFICATION ENTERED ON 02/02/2006 BY ADAKIS
                    REASON: BAIL FORF SET ASIDE AND CASE CONTINUED ON 041606
                 ** HEARING HELD ON 02/02/06 AT 9:00 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 31. HON. HUGO BORJA, COURT
                    COMMISSIONER, PRESIDING. CLERK: IRENE GRAY. REPORTER:
                    DIANE PESSAGNO. CLERK2: DAWN ALFONSO.  DEPUTY D.A.:
                    SERPATO.  DEFENSE COUNSEL PRESENT: TORRES.
                    B/W FAILED TO APPEAR FOR SENTENCING
                    STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                    DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                    TORRES.
                    BENCH WARRANT ORDERED RECALLED.
                    BAIL FORFEITURE ORDERED SET ASIDE AND BAIL ORDERED
                    REINSTATED.

```
J241481
SAN MATEO CJIS                ----- CRIMINAL CASE DOCKET -----        07/26/07
ORGANIZATION: MC                    CASE NO. SM339021A                 11:07
                                                                      PAGE  16
```

**************************************************************************************

RECORD OF CASE EVENTS:

02/02/06 - CONTINUED
                    CASE CONTINUED TO 04/19/2006 AT 8:30 A.M. IN REDWOOD
                      CITY IN DEPT. PT FOR PRE-TRIAL CONFERENCE AND TO SET.
                      ENTERED BY DAWN ALFONSO ON 02/02/2006.
         14:15      AWS SVC. ACTION ON 02/02/2006 AT 14:15 BY 0413J. J16112
                      NEW WARRANT STATUS IS: RECALLED
                      STATUS UPDATED IN CJIS ON: 02/03/2006

02/23/06 09:00      ARREST WARRANT / BENCH WARRANT ISSUED ON 12/29/2005,
                      RETURNED AND FILED.

04/18/06 09:47      CASE SHIFTED FROM HEARING ON 04/19/2006 AT  8:30 A.M. IN
                      DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                      HEARING ON 04/19/2006 AT  8:30 A.M. IN DEPARTMENT 10 OF
                      SUPERIOR COURT SOUTHERN BRANCH.

04/19/06 08:30 ** HEARING HELD ON 04/19/06 AT 8:30 A.M. IN SUPERIOR COURT
                      SOUTHERN BRANCH, D- 10. HON. GERALD BUCHWALD, JUDGE,
                      PRESIDING. CLERK: CARRIE FUJINO. REPORTER: RHONDA GUESS.
                      CLERK2: ALEXANDRA FINNEY.  DEPUTY D.A. J. OW.  DEFENSE
                      COUNSEL PRESENT: BARTON.
                      PRE TRIAL CONFERENCE AND TO SET
                      DEFENDANT APPEARED WITH ATTORNEY BARTON.
                      DEFENSE ATTORNEY APPEARED FOR ATTORNEY OF RECORD C.
                        SMITH / L. TORRES.
                      COURT GRANTED CONTINUANCE. DEF. ADMONISHED TO RETURN TO
                        NEXT COURT DATE.
                      CASE CONTINUED TO 04/20/2006 AT 9:00 A.M. IN REDWOOD
                        CITY IN DEPT. AR FOR DISPOSITION AND TO SET.
                      ENTERED BY AFINNEY ON 04/19/2006.
         13:22      CASE SHIFTED FROM HEARING ON 04/20/2006 AT  9:00 A.M. IN
                      DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                      HEARING ON 04/20/2006 AT  9:00 A.M. IN DEPARTMENT 32 OF
                      SUPERIOR COURT SOUTHERN BRANCH.

04/20/06 09:00 ** HEARING HELD ON 04/20/06 AT 9:00 A.M. IN SUPERIOR COURT
                      SOUTHERN BRANCH, D- 32. HON. SUSAN GREENBERG, COURT
                      COMMISSIONER, PRESIDING. CLERK: FRANCISCO C BERNAL.
                      REPORTER: V. CALABRESE. CLERK2: ALEXANDRA FINNEY.
                      DEPUTY D.A. EUFUSIA.  DEFENSE COUNSEL PRESENT: C. SMITH.
                      DISPOSITION AND TO SET
                      DEFENDANT APPEARED WITH ATTORNEY SMITH.
                      DEFENDANT ARRAIGNED AND ADVISED OF THE FOLLOWING RIGHTS:
                        TO THE VARIOUS PLEAS AVAILABLE; TO A SPEEDY PUBLIC TRIAL
                        FROM THE DATE OF ARRAIGNMENT, WITHIN 30 DAYS IF IN
                        CUSTODY, WITHIN 45 DAYS IF NOT IN CUSTODY, OTHERWISE,
                        THE MATTER MUST BE DISMISSED; TO THE AID OF THE COURT TO
                        SUBPOENA AND PRODUCE WITNESSES ON OWN BEHALF; TO
                        CONFRONT AND EXAMINE ADVERSE WITNESSES; TO A TRIAL BY
```

241481                                                              07/26/07
AN MATEO CJIS              ᴺ   ----- CRIMINAL CASE DOCKET -----      11:07
RGANIZATION: MC   ,   -           CASE NO. SM333021A                 PAGE   17

********************************************************************************
ECORD OF CASE EVENTS:

4/20/06 - CONTINUED

   AT ALL STAGES OF THE PROCEEDINGS; THAT THE COURT WILL
   APPOINT AN ATTORNEY IF DEFENDANT IS UNABLE TO EMPLOY
   OWN; TO A REASONABLE LENGTH OF TIME TO CONSULT AN
   ATTORNEY; DEFENDANT ADVISED, IF NOT A CITIZEN, THAT
   CONVICTION OF THE OFFENSE WITH WHICH HE HAS BEEN CHARGED
   MAY RESULT IN DEPORTATION, EXCLUSION OR ADMISSION TO THE
   UNITED STATES, OR DENIAL OR NATURALIZATION PURSUANT TO
   THE LAWS OF THE UNITED STATES.
   APPOINT PRIVATE DEFENDER.  DEFENDANT ADVISED THAT UPON·
   CONCLUSION OF THE CASE THE COURT MAY CONDUCT A HEARING
   TO DETERMINE THE DEFENDANT'S THEN ABILITY TO PAY FOR ALL
   OR ANY PART OF APPOINTED COUNSEL AND THAT DEFENDANT MAY
   BE ORDERED TO PAY ALL OR THAT PART OF SAID COSTS WITHIN
   DEFENDANT'S ABILITY TO PAY.
   FURTHER ARRAIGNMENT AND ADVISE OF RIGHTS WAIVED.
   THE COURT WILL MAKE A DETERMINATION OF YOUR ABILITY TO
   PAY ALL OR A PORTION OF THE COST OF THE ATTORNEY. IF THE
   COURT DETERMINES THAT YOU HAVE THE FINANCIAL ABILITY TO
   PAY ALL OR SOME OF THOSE COSTS, THE COURT WILL MAKE AN
   ORDER THAT YOU REIMBURSE THE COUNTY TO THE EXTENT AND IN
   THE MANNER THAT THE COURT FINDS REASONABLE. AN ORDER TO
   REIMBURSE THE COUNTY FOR COURT–APPOINTED COUNSEL FEES
   WILL HAVE THE SAME FORCE AND EFFECT AS A JUDGMENT IN A
   CIVIL ACTION AND SHALL BE SUBJECT TO EXECUTION. BEFORE
   THE COURT MAKES SUCH AN ORDER, YOU ARE ENTITLED TO
   REQUEST AND HAVE A HEARING ON THE QUESTION OF WHETHER OR
   NOT YOU HAVE THE FINANCIAL ABILITY TO PAY SOME OR ALL OF
   THE COURT–APPOINTED COUNSEL FEE. YOU HAVE THE RIGHT TO
   BE HEARD IN PERSON, PRESENT WITNESSES AND OTHER
   DOCUMENTARY EVIDENCE, TO CONFRONT AND CROSS EXAMINE
   ADVERSE WITNESSES, HAVE THE EVIDENCE AGAINST YOU
   DISCLOSED TO YOU AND A WRITTEN STATEMENT OF THE FINDINGS
   OF THE COURT. IF YOU DO NOT REQUEST SUCH A HEARING. YOU
   WILL BE GIVING UP YOUR RIGHT TO SUCH A HEARING. IF AN
   ATTORNEY IS APPOINTED TO REPRESENT YOU, YOU WILL BE
   ORDERED TO APPEAR BEFORE THE REVENUE SERVICES MANAGER AT
   THE CONCLUSION OF YOUR CASE FOR A DETERMINATION OF YOUR
   ABILITY TO PAY THE COST OF LEGAL ASSISTANCE PROVIDED.
   SHOULD YOU FAIL TO APPEAR BEFORE THE REVENUE SERVICES
   MANAGER AS ORDERED, S/HE WILL REPORT SUCH FAILURE AND
   RECOMMEND THAT THE COURT ORDER PAYMENT OF THE FULL COST
   OF THE LEGAL ASSISTANCE PROVIDED.
   TIME WAIVED FOR JURY TRIAL.
   MR. SMITH RELIEVED AS ATTY..
   CASE CONTINUED TO 05/23/2006 AT 8:30 A.M. IN REDWOOD
   CITY IN DEPT. PT FOR PRETRIAL CONFERENCE..
   CASE CONTINUED TO 06/12/2006 AT 9:00 A.M.. IN REDWOOD·
   CITY IN DEPT. JT FOR JURY TRIAL...

```
I241481                                                        07/26/07
SAN MATEO CJIS           ---- CRIMINAL CASE DOCKET ----        11:07
ORGANIZATION: MC              CASE NO. SM333021A               PAGE  18
*****************************************************************************
RECORD OF CASE EVENTS:


05/22/06 10:37     CASE SHIFTED FROM HEARING ON 05/23/2006 AT  8:30 A.M. IN
                   DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 05/23/2006 AT  8:30 A.M. IN DEPARTMENT 33 OF
                   SUPERIOR COURT SOUTHERN BRANCH.

05/23/06 08:30 **  HEARING HELD ON 05/23/06 AT 8:30 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 33. HON. STEPHANIE GARRATT, COURT
                   COMMISSIONER, PRESIDING. CLERK: ROSA VEGA. REPORTER:
                   TRACY WOOD. CLERK2: IRENE GRAY.  DEPUTY D.A. DONNELLAN.
                   DEFENSE COUNSEL PRESENT: DWYER.
                   PRE TRIAL CONFERENCE
                   STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                   DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                   DWYER.
                   BENCH WARRANT ORDERED.  BAIL SET AT $20,000.00.
                   PRIVATE DEFENDER RELIEVED.
                   JURY TRIAL SET ON 06/12/2006 AT 9:00 A.M. ORDERED
                   VACATED.
                   ENTERED BY IRENE ON 04/23/2006.
         09:00     FTA ON 05/23/2006 FOR PRETRIAL CONFERENCE
                   BENCH WARRANT ISSUED TO EP ON 05/23/2006.  BAIL
                   $20,000.00,  JUDGE GARRATT, STEPHANIE G..

05/27/06 10:36     AWS SVC. ACTION ON 05/27/2006 AT 10:36 BY 41470. J16112
                   NEW WARRANT STATUS IS: OUTSTANDING -- ACTIVE
                   STATUS UPDATED IN CJIS ON: 05/29/2006

06/15/06 09:00     APPEARANCE SET ON 06/20/2006 AT 9:00 A.M. IN SUPERIOR
                   COURT SOUTHERN BRANCH DEPT. AR FOR BW FAILED TO APPEAR
                   FOR PRE-TRIAL AT REQUEST OF ATTY DWYER.

06/19/06 12:19     CASE SHIFTED FROM HEARING ON 06/20/2006 AT  9:00 A.M. IN
                   DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 06/20/2006 AT  9:00 A.M. IN DEPARTMENT 33 OF
                   SUPERIOR COURT SOUTHERN BRANCH.

06/20/06 09:00     BENCH WARRANT ISSUED ON 05/23/2006.  RECALLED ON
                   06/20/2006.
               **  HEARING HELD ON 06/20/06 AT 9:00 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 33. HON. STEPHANIE GARRATT, COURT
                   COMMISSIONER, PRESIDING. CLERK: ROSA VEGA. REPORTER:
                   DIANE PESSAGNO. CLERK2: BIANCA NEDELCU.  DEPUTY D.A.
                   SERRATO.  DEFENSE COUNSEL PRESENT: DWYER.
                   B/W FAILED TO APPEAR FOR PRE TRIAL
                   STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                   DEFENDANT APPEARED WITH ATTORNEY DWYER.
                   BENCH WARRANT ORDERED RECALLED.
```

```
.41481.                                                           07/26/07
N MATEO .CJIS              --- CRIMINAL CASE DOCKET ---            11:07
;GANIZATION: MC                CASE NO. SM333021A                 PAGE  19
```

:*********************************************************************************
;CORD OF CASE EVENTS:

5/20/06 -- CONTINUED
        APPOINT PRIVATE DEFENDER.  DEFENDANT ADVISED THAT UPON
        CONCLUSION OF THE CASE THE COURT MAY CONDUCT A HEARING
        TO DETERMINE THE DEFENDANT'S THEN ABILITY TO PAY FOR ALL
        OR ANY PART OF APPOINTED COUNSEL AND THAT DEFENDANT MAY
        BE ORDERED TO PAY ALL OR THAT PART OF SAID COSTS WITHIN
        DEFENDANT'S ABILITY TO PAY.
        THE COURT WILL MAKE A DETERMINATION OF YOUR ABILITY TO
        PAY ALL OR A PORTION OF THE COST OF THE ATTORNEY. IF THE
        COURT DETERMINES THAT YOU HAVE THE FINANCIAL ABILITY TO
        PAY ALL OR SOME OF THOSE COSTS, THE COURT WILL MAKE AN
        ORDER THAT YOU REIMBURSE THE COUNTY TO THE EXTENT AND IN
        THE MANNER THAT THE COURT FINDS REASONABLE. AN ORDER TO
        REIMBURSE THE COUNTY FOR COURT-APPOINTED COUNSEL FEES
        WILL HAVE THE SAME FORCE AND EFFECT AS A JUDGMENT IN A
        CIVIL ACTION AND SHALL BE SUBJECT TO EXECUTION. BEFORE
        THE COURT MAKES SUCH AN ORDER, YOU ARE ENTITLED TO
        REQUEST AND HAVE A HEARING ON THE QUESTION OF WHETHER OR
        NOT YOU HAVE THE FINANCIAL ABILITY TO PAY SOME OR ALL OF
        THE COURT-APPOINTED COUNSEL FEE. YOU HAVE THE RIGHT TO
        BE HEARD IN PERSON, PRESENT WITNESSES AND OTHER
        DOCUMENTARY EVIDENCE, TO CONFRONT AND CROSS EXAMINE
        ADVERSE WITNESSES, HAVE THE EVIDENCE AGAINST YOU
        DISCLOSED TO YOU AND A WRITTEN STATEMENT OF THE FINDINGS
        OF THE COURT. IF YOU DO NOT REQUEST SUCH A HEARING, YOU
        WILL BE GIVING UP YOUR RIGHT TO SUCH A HEARING. IF AN
        ATTORNEY IS APPOINTED TO REPRESENT YOU, YOU WILL BE
        ORDERED TO APPEAR BEFORE THE REVENUE SERVICES MANAGER AT
        THE CONCLUSION OF YOUR CASE FOR A DETERMINATION OF YOUR
        ABILITY TO PAY THE COST OF LEGAL ASSISTANCE PROVIDED.
        SHOULD YOU FAIL TO APPEAR BEFORE THE REVENUE SERVICES
        MANAGER AS ORDERED, S/HE WILL REPORT SUCH FAILURE AND
        RECOMMEND THAT THE COURT ORDER PAYMENT OF THE FULL COST
        OF THE LEGAL ASSISTANCE PROVIDED.
        TIME CONTINUES TO BE WAIVED BY DEFENDANT/COUNSEL.
        CASE CONTINUED TO 07/24/2006 AT 9:00 A.M. IN REDWOOD
        CITY IN DEPT. AR FOR DISPOSITION..
        ENTERED BY B NEDELCU ON 06/20/2006.
    13:40  AWS SVC. ACTION ON 06/20/2006 AT 13:40 BY 0413J. J16112
        NEW WARRANT STATUS IS: RECALLED
        STATUS UPDATED IN CJIS ON: 06/21/2006

07/21/06 10:50  CASE SHIFTED FROM HEARING ON 07/24/2006 AT  9:00 A.M. IN
        DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
        HEARING ON 07/24/2006 AT  9:00 A.M. IN DEPARTMENT 19 OF
        SUPERIOR COURT SOUTHERN BRANCH.

```
J241481
SAN MATEO CJIS                    ---- CRIMINAL CASE DOCKET ----        07/26/07
ORGANIZATION: MC                       CASE NO. SM333021A                11:07
                                                                        PAGE  20
************************************************************************************
RECORD OF CASE EVENTS:


07/24/06 09:00 **  HEARING HELD ON 07/24/06 AT 9:00 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 19. HON. KATHLEEN M MCKENNA, COURT
                   COMMISSIONER, PRESIDING. CLERK: BIANCA NEDELCU.
                   REPORTER: TRACY WOOD. CLERK2: GUY THOMPSON.   DEPUTY D.A.
                   CLIPPER.  DEFENSE COUNSEL PRESENT: DWYER.
                   DISPOSITION
                   STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                   DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                   DWYER.
                   TIME CONTINUES TO BE WAIVED BY DEFENDANT/COUNSEL.
                   CASE CONTINUED TO 08/29/2006 AT 9:00 A.M. IN REDWOOD
                   CITY IN DEPT. AR FOR DISPOSITION..
                   ENTERED BY GUY THOMPSON ON 07/24/2006.

08/28/06 13:38     CASE SHIFTED FROM HEARING ON 08/29/2006 AT  9:00 A.M. IN
                   DEPARTMENT AR OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 08/29/2006 AT  9:00 A.M. IN DEPARTMENT 31 OF
                   SUPERIOR COURT SOUTHERN BRANCH.

08/29/06 09:00 **  HEARING HELD ON 08/29/06 AT 9:00 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 31. HON. HUGO BORJA, COURT
                   COMMISSIONER, PRESIDING. CLERK: ALEXANDRA FINNEY.
                   REPORTER: JAMES WHELCHEL. CLERK2: KEVIN DUERRE. DEPUTY
                   D.A. ALEXANDRA SERRATO.  DEFENSE COUNSEL PRESENT: DWYER.
                   DISPOSITION
                   STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                   DEFENDANT NOT PRESENT, BUT IS REPRESENTED BY ATTORNEY
                   DWYER.
                   TIME WAIVED FOR JURY TRIAL.
                   LAST CONTINUANCE
                   CASE CONTINUED TO 10/16/2006 AT 9:00 A.M. IN REDWOOD
                   CITY IN DEPT. JT FOR JURY TRIAL..
                   ENTERED BY KDUERRE ON 08/29/2006.

10/13/06 12:43     CASE SHIFTED FROM HEARING ON 10/16/2006 AT  9:00 A.M. IN
                   DEPARTMENT JT OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 10/16/2006 AT  9:00 A.M. IN DEPARTMENT 12 OF
                   SUPERIOR COURT SOUTHERN BRANCH.

10/16/06 09:00 **  HEARING HELD ON 10/16/06 AT 9:00 A.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 12. HON. H J ELLIS-SUPERIOR CT,
                   JUDGE, PRESIDING. CLERK: KRISTY NELSON. REPORTER: JENELL
                   MULLANE. CLERK2: NONE.  DEPUTY D.A. LEONARD.  DEFENSE
                   COUNSEL PRESENT: SHELLEY DWYER.
                   JURY TRIAL
                   DEFENDANT APPEARED WITH ATTORNEY SHELLEY DWYER.
```

```
241481                                                           07/26/07
AN MATEO CJIS        ----- CRIMINAL CASE DOCKET -----           11:07
RGANIZATION: MC              CASE NO. SM333021A                  PAGE  21
```

*****************************************************************************
RECORD OF CASE EVENTS:

0/16/06 — CONTINUED

      DEFENDANT IS ADVISED OF, UNDERSTANDS, AND KNOWINGLY AND
        VOLUNTARILY WAIVES ALL THE FOLLOWING RIGHTS:  WAIVES THE
        RIGHT TO COUNSEL; TO TRIAL BY JURY; TO CONFRONT AND
        CROSS-EXAMINE ADVERSE WITNESSES; THE PRIVILEGE AGAINST
        SELF-INCRIMINATION.  THE COURT FINDS THAT THE DEFENDANT
        UNDERSTANDS THE NATURE OF THE CHARGES, THE ELEMENTS OF
        THE OFFENSE, THE DEFENSE THERETO, THE CONSEQUENCES OF
        PLEAS AND THE RANGE OF PENALTIES THERETO.  WAIVER OF
        RIGHTS SIGNED.
      DEFENDANT ACKNOWLEDGES THAT HE UNDERSTANDS EACH OF HIS
        ABOVE RIGHTS.
      DEFENDANT REQUESTS AND IS GRANTED PERMISSION TO WITHDRAW
        PREVIOUS PLEA OF NOT GUILTY TO COUNT 1 AND ENTERS A
        PLEA OF NOLO CONTENDERE.
      TIME WAIVED FOR SENTENCING.
      DEFENDANT WAIVES FORMAL ARRAIGNMENT FOR SENTENCING.
      DEFENSE COUNSEL ENTERED PLEA ON DEFENDANT'S BEHALF.
      COUNT 1 IMPOSITION OF SENTENCE SUSPENDED. DEFENDANT IS
        PLACED ON COURT PROBATION FOR 2 YEARS; 0 MONTHS; 0 DAYS.
      AS TO COUNT 1, DEFENDANT TO SERVE 0 YEAR(S), 0 MONTH(S),
        30 DAY(S), 0 HOUR(S) IN THE COUNTY JAIL.
      CTS TO BE DETERMINED BY THE SHERIFF'S OFFICE.
      DEFENDANT TO SURRENDER TO COUNTY JAIL ON 11/04/2006 AT
        10:00 A.M..
      DEFENDANT IS RECOMMENDED TO THE SHERIFF'S WORK PROGRAM.
      COURT SECURITY SURCHARGE FEE OF $20.00 ORDERED PAID.
      DEFENDANT ORDERED TO PAY $110.00 TO STATE RESTITUTION
        FUND.  THIS PAYMENT  IS  A CONDITION OF PROBATION
      DEFENDANT TO PAY FINE AND ASSESSMENTS THROUGH REVENUE
        SERVICES.
      DEFENDANT REFERRED TO REVENUE SERVICES FOR REIMBURSEMENT
        FOR COURT APPOINTED FEES PER 987.8 PC. DEFENDANT TO
        REPORT TO REVENUE SERVICES TODAY.
      OBEY ALL LAWS. FOLLOW ALL ORDERS OF THE COURT/PROBATION
        OFFICER AND REPORT AS DIRECTED.  NOTIFY THE COURT/
        PROBATION OFFICER IMMEDIATELY OF ANY CHANGE OF RESIDENCE
        ADDRESS.
      DEFENDANT TO SUBMIT PERSON / VEHICLE / PLACE OF
        RESIDENCE TO SEARCH AND SEIZURE AT ANY TIME OF DAY OR
        NIGHT, TO BY ANY LAW ENFORCEMENT OFFICER, WITH OR
        WITHOUT A WARRANT AND WITH OR WITHOUT PROBABLE CAUSE.
      ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.
      ATTORNEY MAY SIGN.
      ENTERED BY KRISTY NELSON ON 10/16/2006.

10/18/06 09:00     BAIL BOND NUMBER A50-00230577 FOR $30,000.00 EXONERATED.
        CII FORWARDED TO ARRESTING AGENCY.
        SEARCH AND SEIZURE ORDER TO THE SHERIFF'S OFFICE.

```
J241481                                                              07/26/07
SAN MATEO CJIS                --- CRIMINAL CASE DOCKET ---           11:07
ORGANIZATION: MC                   CASE NO. SM3330021A               PAGE  22
*********************************************************************************
RECORD OF CASE EVENTS:


12/05/06 08:00    FILE RETURNED TO CLERK'S OFFICE.
                  AFFIDAVIT OF COURT PROBATION VIOLATION AND MOTION FOR
                    ISSUANCE OF BENCH WARRANT FILED.
                  AFFIDAVIT OF COURT PROBATION VIOLATION FILED BY THE
                    COURT.  DEFENDANT FAILED TO COMPLETE SWP.
                  PROBATION IS REVOKED PENDING A HEARING.
                  BENCH WARRANT ORDERED.  NO BAIL ALLOWED.
                  VOP ON 11/04/2006 FOR COURT ORDER
                  FTC ON 11/04/2006 FOR SHERIFF'S WORK PROGRAM
                  BENCH WARRANT ISSUED TO EP ON 12/05/2006.  NO BAIL
                    ALLOWED.  JUDGE BERGERON, J.

12/15/06 09:00    FILE SENT TO JUDGE BERGERON FOR 987 APPROVAL

12/16/06 09:42    AWS SVC. ACTION ON 12/16/2006 AT 09:42 BY 41470. J16112
                    NEW WARRANT STATUS IS: OUTSTANDING --- ACTIVE
                    STATUS UPDATED IN CJIS ON: 12/18/2006

12/18/06 09:00    FILE RETURNED TO CLERK'S OFFICE.
                  PETITION AND JUDGEMENT, APPOINTED ATTORNEY FEES PURSUANT
                    TO PC 987.8/987.81 FILED.
                  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND
                    DECREED THAT PLAINTIFF, COUNTY OF SAN MATEO, HAVE
                    JUDGMENT AGAINST DEFENDANT HEREIN IN THE SUM OF $515.00.

04/09/07 09:00    CIVIL ASSESSMENT OF $300.00 ORDERED.

06/04/07 08:58    AWS SVC. ACTION ON 06/04/2007 AT 08:58 BY 03801. J16112
                    NEW WARRANT STATUS IS: SERVED - BOOKED
                    STATUS UPDATED IN CJIS ON: 06/05/2007

06/06/07 08:00    BENCH WARRANT ISSUED ON 12/05/2006.  RECALLED ON
                    06/06/2007.
                  VACATE ARRAIGNMENT. THAT WAS SET ON 06/06/2007 AT 1:30
                    P.M. AND RESET TO 06/06/2007 AT 1:30 P.M. IN SUPERIOR
                    COURT SOUTHERN BRANCH DEPT. IC FOR BENCH/WARRANT FAILED
                    TO COMPLETE.
         08:24    AWS SVC. ACTION ON 06/06/2007 AT 08:24 BY 0413J. J16112
                    NEW WARRANT STATUS IS: RECALLED
                    STATUS UPDATED IN CJIS ON: 06/07/2007
         11:01    CASE SHIFTED FROM HEARING ON 06/06/2007 AT  1:30 P.M. IN
                    DEPARTMENT IC OF SUPERIOR COURT SOUTHERN BRANCH TO
                    HEARING ON 06/06/2007 AT  1:30 P.M. IN DEPARTMENT 19 OF
                    SUPERIOR COURT SOUTHERN BRANCH.
         13:30    HEARING HELD ON 06/06/07 AT 1:30 P.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 19. HON. KATHLEEN MCKENNA, COURT
                    COMMISSIONER, PRESIDING. CLERK: ALEXANDRA FINNEY.
                    REPORTER: ROXANNE SAN MIGUEL. CLERK2: KEVIN DUERRE.
```

```
J241481
SAN MATEO CJIS              ----- CRIMINAL CASE DOCKET ----        07/26/07
ORGANIZATION: MC                 CASE NO. SM333021A                11:07
                                                                  PAGE  23
*************************************************************************
RECORD OF CASE EVENTS:

06/06/07 -- CONTINUED.
                 B/W COURT PROBATION VIOLATION FAILED TO COMPLETE
              STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
              DEFENDANT APPEARED WITHOUT COUNSEL.
              BENCH WARRANT ORDERED RECALLED.
              ARRAIGNMENT AND ADVICE OF RIGHTS WAIVED.
              APPOINT PRIVATE DEFENDER.  DEFENDANT ADVISED THAT UPON
                 CONCLUSION OF THE CASE THE COURT MAY CONDUCT A HEARING
                 TO DETERMINE THE DEFENDANT'S THEN ABILITY TO PAY FOR ALL
                 OR ANY PART OF APPOINTED COUNSEL AND THAT DEFENDANT MAY
                 BE ORDERED TO PAY ALL OR THAT PART OF SAID COSTS WITHIN
                 DEFENDANT'S ABILITY TO PAY.
              PROBATION VIOLATION ALLEGATIONS ARE ADMITTED.
              DEFENDANT IS ADVISED OF, UNDERSTANDS AND KNOWINGLY AND
                 VOLUNTARILY WAIVES ALL OF THE FOLLOWING RIGHTS:  THE
                 RIGHT TO A HEARING; TO CONFRONT AND CROSS-EXAMINE
                 ADVERSE WITNESSES; THE PRIVILEDGE AGAINST SELF-
                 INCRIMINATION.  THE COURT FINDS THAT THE DEFENDANT
                 UNDERSTANDS THE NATURE OF THE AFFIDAVIT OF PROBATION
                 VIOLATION; THE ELEMENTS OF THE VIOLATION; THE DEFENSE
                 THERETO; THE CONSEQUENCES OF THE ADMISSION OF PROBATION
                 VIOLATION AND THE RANGE OF PENALTIES THERETO.  WAIVER OF
                 RIGHTS FOR ADMISSION OF PROBATION VIOLATION.
              PROBATION VIOLATION HEARING WAIVED.
              TIME WAIVED FOR SENTENCING.
              DEFENDANT WAIVES FORMAL ARRAIGNMENT FOR SENTENCING.
              DEFENDANT IN CUSTODY ON THIS CASE.
              DEFENDANT APPEARED WITH ATTORNEY SCHAIMAN.
              PROBATION IS REVOKED.
              PROBATION REINSTATED; SAME TERMS AND CONDITIONS.
              PROBATION IS MODIFIED.
              CORRECTION/MODIFICATION ENTERED ON 06/15/2007 BY AF
                 REASON: INCORRECT JAIL TERM OF 15 DAYS WAS ENTERED
                 PREVIOUSLY.
              AS TO COUNT 1, DEFENDANT TO SERVE 0 YEAR(S), 0 MONTH(S),
                 45 DAY(S), 0 HOUR(S) IN THE COUNTY JAIL.
              CREDIT FOR TIME SERVED OF 2 DAYS PLUS 0 DAYS GOOD AND
                 WORK TIME FOR A TOTAL OF 2 DAYS.
              DEFENDANT REMANDED FORTHWITH TO THE COUNTY JAIL.
              DEFENDANT ACCEPTED TERMS AND CONDITIONS OF PROBATION.
              ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.
              ENTERED BY KDUERRE ON 06/06/2007.

06/11/07 09:00   ARREST WARRANT / BENCH WARRANT ISSUED ON 12/05/2006,
                 RETURNED AND FILED.
```

```
J241481
SAN MATEO CJIS                  ---- CRIMINAL CASE DOCKET ----        07/26/07
ORGANIZATION: MC                   CASE NO. SM333021A                  11:07
                                                                      PAGE   24
*************************************************************************************
SENTENCE SUMMARY:


INCARCERATION:  45 DYS
     CTS:        2 DAYS + 0 G/W TIME  =  2 TOTAL DAYS


FINE:
     BASIC FINE AMOUNT:            $0.00
     PENALTY/ASSESS:                0.00
     A/R FEE:                       0.00
     NVRF AMT:                    110.00
EDUCATION PROGRAM FEE:              0.00
     MISC. FEES:                   20.00
     REST. FINE:                    0.00
     CTS AMOUNT:                   (0.00)
                                 ----------
     TOTAL AMOUNT DUE:            $130.00

     ACTION ON BAIL/BOND:  EXONERATED


     STATUS:  REINSTATED


SENTENCE COMMENTS:
     NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
     NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
     NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
     NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
     NOTICE OF FORFEITURE MAILED TO DEPOSITOR.
     MR. SMITH RELIEVED AS ATTY..
     COUNT 1 IMPOSITION OF SENTENCE SUSPENDED. DEFENDANT IS
     PLACED ON COURT PROBATION FOR 2 YEARS; 0 MONTHS; 0 DAYS.
     CTS TO BE DETERMINED BY THE SHERIFF'S OFFICE.
     DEFENDANT TO SURRENDER TO COUNTY JAIL ON 11/04/2006 AT
     10:00 A.M..
     DEFENDANT IS RECOMMENDED TO THE SHERIFF'S WORK PROGRAM.
     DEFENDANT TO PAY FINE AND ASSESSMENTS THROUGH REVENUE
     SERVICES.
     DEFENDANT REFERRED TO REVENUE SERVICES FOR REIMBURSEMENT
     FOR COURT APPOINTED FEES PER 987.8 PC. DEFENDANT TO
     REPORT TO REVENUE SERVICES TODAY.
     DEFENDANT TO SUBMIT PERSON / VEHICLE / PLACE OF
     RESIDENCE TO SEARCH AND SEIZURE AT ANY TIME OF DAY OR
     NIGHT, TO BY ANY LAW ENFORCEMENT OFFICER, WITH OR
     WITHOUT A WARRANT AND WITH OR WITHOUT PROBABLE CAUSE.
     PROBATION REINSTATED; SAME TERMS AND CONDITIONS.
     PROBATION IS MODIFIED.
     CREDIT FOR TIME SERVED OF 2 DAYS PLUS 0 DAYS GOOD AND
     WORK TIME FOR A TOTAL OF 2 DAYS.
     DEFENDANT REMANDED FORTHWITH TO THE COUNTY JAIL
```

A 07014963

1  JAMES P FOX
   DISTRICT ATTORNEY
2  SAN MATEO COUNTY
   STATE BAR NO. 45169
3  BY: IVAN J NIGHTENGALE
   DEPUTY DISTRICT ATTORNEY
4  400 COUNTY CENTER
   REDWOOD CITY, CA 94063
5
   TELEPHONE: (650) 363-4677
6
   ATTORNEYS FOR PLAINTIFF
7

**FILED**
SAN MATEO COUNTY
MAY 1 0 2004
Clerk of the Superior Court
By _____

8              IN AND FOR THE SUPERIOR COURT OF CALIFORNIA

9                        COUNTY OF SAN MATEO

10 THE PEOPLE OF THE STATE OF CALIFORNIA,    ) EP CASE  SM 333 021
                                            ) DA CASE: COM 0296327
11                            PLAINTIFF,     ) ( MISDEMEANOR )
                                            )
12                   V.                     )
                                            ) COMPLAINT
13 *IFRAN ISTIFAQ ALI                       )
   1203 GARDEN ST                           )
14 EAST PALO ALTO, CA 94303                 )
                                            )
15                                          )
                                            )
16                                          )
   ------------------------------- DEFENDANT(S).)

17

18      I, THE UNDERSIGNED, SAY, ON INFORMATION AND BELIEF, THAT

19 IN THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA:

20

21      COUNT: 001, ON OR ABOUT 04/15/2004, IFRAN ISTIFAQ ALI DID

22 WILLFULLY, UNLAWFULLY AND FALSELY PERSONATE MOHAMMED SHAMEER, IN

23 A PRIVATE OR OFFICIAL CAPACITY AND IN SUCH ASSUMED CHARACTER DID

24 AN ACT WHEREBY, IF DONE BY THE PERSON FALSELY PERSONATED HE

                            1.

1 | MIGHT, IN ANY EVENT, BECOME LIABLE TO A SUIT OR PROSECUTION, OR

2 | TO PAY A SUM OF MONEY, OR TO INCUR A CHARGE FORFEITURE OR

3 | PENALTY OR WHEREBY ANY BENEFIT MIGHT ACCRUE TO THE DEFENDANT, OR

4 | TO ANOTHER, IN VIOLATION OF PENAL CODE SECTION 529(3).

5 |     AS TO DEFENDANT IFRAN ISTIFAQ ALI THE ABOVE CHARGE IS FILED

6 | AS A MISDEMEANOR PURSUANT TO PENAL CODE SECTION 17(B)(4).

7 |

8 |     PURSUANT TO PENAL CODE SECTION 1054.5(B), THE PEOPLE ARE

9 | HEREBY INFORMALLY REQUESTING THAT DEFENSE COUNSEL PROVIDE

10 | DISCOVERY TO THE PEOPLE AS REQUIRED BY PENAL CODE SECTION

11 | 1054.3, AND PURSUANT TO THE PROVISIONS OF PENAL CODE SECTION

12 | 1054.7.

13 |

14 |     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

15 | TRUE AND CORRECT EXCEPT FOR THOSE THINGS STATED ON INFORMATION

16 | AND BELIEF AND THOSE I BELIEVE TO BE TRUE.

17 |

18 |     EXECUTED ON 05-10-04 , AT REDWOOD CITY, CA  94063.

19 |

20 |

SRL

COMPLAINANT

2.

## DECLARATION OF ROBERT B. JOBE

I, Robert Jobe, declare under penalty of perjury as follows,

   1. I have been practicing immigration law exclusively for 17 years.

   2. I have represented many clients in situations legally analogous to Mr. Ali's. Many of my current and former clients have been subject to mandatory detention under USC § 1226(c) and have sought relief in federal district court, through direct appeals to the Board of Immigration Appeals and the 9th Circuit, and through adjustment of status and asylum.

   3. Mr. Ali, who has been in ICE custody since July of 2007, has an adjustment of status hearing on December 13, 2007. Our firm is currently preparing for that hearing. Because Mr. Ali may need a discretionary waiver of the ground of inadmissibility relating to crimes involving moral turpitude, and will need to present multiple witnesses, it is unlikely that Mr. Ali's removal proceedings will be completed that day. Moreover, if the government or Mr. Ali appeals the Immigration Judge's ruling, it is likely that Mr. Ali's removal proceedings will not be completed until the middle of next year.

   I hereby certify that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on September 12, 2007

Robert B. Jobe