SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFRAN ALI, | No. C 07-4700 MMC |
|     Petitioner, | |
| v. | |
| ANTHONY M. AIELLO, Assistant Field Office Director, San Francisco District Office, U.S. Immigration and Customs Enforcement; ANTHONY S. MURRY, Immigration Judge, Executive Office for Immigration Review; JULIE MYERS, Assistant Secretary, U.S. Immigrations and Customs Enforcement; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PETER D. KEISLER,* Attorney General of the United States; CAPTAIN MARK CHANDLESS, Warden, Yuba County Jail, | DECLARATION OF MELANIE PROCTOR |
|     Respondents. | |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.
PROCTOR DECLARATION
C 07-4700 MMC

1    2.    I prepared the Government's Return on the basis of the pleadings filed in this case, as well as the administrative record. On September 20, 2007, I reviewed Petitioner's administrative file ("A-file) at Immigration and Customs Enforcement, Department of Homeland Security, 630 Sansome Street, San Francisco, California, 94111.

3.    The documents attached as Exhibits A-J are from the A-file. A true copy of said documents accompanies the Government's Return in this case.

Signed this 9th day of October, 2007, in San Francisco, California.

                          /s/
                    MELANIE L. PROCTOR