# EXHIBIT A

**U.S. Department of Justice**
Immigration and Naturalization Service

Application to Register Permanent Residence or Adjust Status

OMB No. 1115-0053

## START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: Ali
Given Name: Ifran
Middle Initial: I

Address - C/O: [handwritten] w/ parents & 2 siblings

Street Number and Name: 2364 Oakwood Drive
Apt. #: —

City: East Palo Alto
State: California
Zip Code: 94303

Date of Birth (month/day/year): 03/03/1981
Country of Birth: Fiji

Social Security #: 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
A # (if any): 70-149-531

Date of Last Arrival (month/day/year): 03/04/1989
I-94 #: 111687813 00

Current INS Status: Asylum Appl.
Expires on (month/day/year): Indefinite

[handwritten] No trips outside US since '89

### Part 2. Application Type. (Check one)

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. si[nce]

h. ☐ Other-explain _____

I am already a permanent resident and am ap[plying for] ted
permanent residence adjusted to the date I [entered as] a
nonimmigrant or parolee, or as of May 2, 1964, wh[ichever])

i. ☐ I am a native or citizen of Cuba and mee[t]
j. ☐ I am the husband, wife or minor un[married child of a person] description in (f), above.

Form I-485 (09-09-92)N    Contin[ued on back]

---

**FOR INS USE ONLY**

Returned: 
Receipt:
Resubmitted:
Reloc Sent:
Reloc Rec'd: 09/16/98

Applicant Interviewed: JAN 19 2000

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

Country Chargeable: 09/16/98

**Eligibility Under Sec. 245**
☒ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

Preference:

Action Block: **DENIED SFR** APR

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#:
ATTY State License #: 190273

**Part 3. Processing Information**

**A.** City/Town/Village of Birth: Suva
Current occupation: Student
Your mother's first name: Asmin
Your father's first name: Jannif

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)
Ifran Ali

Place of last entry into the U.S. (City/State): San Francisco, CA
In what status did you last enter? (Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)
Visitor

Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No

Nonimmigrant Visa Number: 004865
Consulate where Visa was issued: Suva, Fiji

Date Visa was issued (month/day/year): 01/10/1989
Sex: ☒ Male ☐ Female
Marital Status: ☐ Married ☒ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes (give date and place of filing and final disposition):

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Ali | Asmin | Z | 02/01/1962 |
| Country of Birth: Fiji | Relationship: Mother | A# 70-149-537 | Applying with you? ☒ Yes ☐ No |
| Ali | Jannif | | 03/26/1954 |
| Country of Birth: Fiji | Relationship: Father | A# 70-149-536 | Applying with you? ☒ Yes ☐ No |
| Ali | Imran | I | 03/26/1984 |
| Country of Birth: Fiji | Relationship: Brother | A# 70-149-525 | Applying with you? ☒ Yes ☐ No |
| Ali | Nyla | H | 11/27/1991 |
| Country of Birth: U.S.A. | Relationship: Sister | A# None | Applying with you? ☐ Yes ☒ No |
| | | | |
| Country of Birth: | Relationship: | A# | Applying with you? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

None

Form I-485 (Rev. 09-09-92)N                 Continued On Next Page

## Part 3. Processing information *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?    ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?    ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?    ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?    ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?    ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?    ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?    ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?    ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?    ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?    ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?    ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement or obtained a waiver?    ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?    ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?    ☐ Yes  ☒ No

Form I-485 Rev. 09-09-92)N          *Continued on back*

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signed]* | Ifran Ali | 06-09-98 | (650) 329-0337 |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signed]* | Hilary A. Han | 6/9/98 | (415) 956-5513 |

Firm Name and Address: LAW OFFICE OF ROBERT B. JOBE
360 Pine St., 3rd Floor

Changes 1 Through ___4___ Made
Based Upon Sworn Testimony

Alien's Signature *[signed]*

Subscribed and Sworn Before Me   JAN 19 2000

Officer's Signature *[signed]*   Date

Form I-485 Rev. 09-09-92)N

# EXHIBIT B

```
 1  JAMES P FOX
    DISTRICT ATTORNEY
 2  SAN MATEO COUNTY
    STATE BAR NO. 45169
 3  BY: MARK S BOESSENECKER
    DEPUTY DISTRICT ATTORNEY
 4  400 COUNTY CENTER
    REDWOOD CITY, CA 94063
 5
    TELEPHONE: (650) 363-4677
 6
    ATTORNEYS FOR PLAINTIFF
 7
```

**FILED SAN MATEO COUNTY FEB 2 3 2000** Clerk of the Superior Court

**FILED SAN MATEO COUNTY SEP 1 4 2000** By ____ Clerk of the Superior Court By ____ DEPUTY CLERK

```
 8              IN AND FOR THE SUPERIOR COURT OF CALIFORNIA

 9                         COUNTY OF SAN MATEO

10  THE PEOPLE OF THE STATE OF CALIFORNIA,  ) SC CASE CRSF004864
                                            ) DA CASE: COM 0211066
11                             PLAINTIFF,   ) ( FELONY )
                                            )
12                       V.                 ) COMPLAINT
                                            )
13  *IFRAN ISTIFAQ ALI                      )
    2364 OAKWOOD DR                         )   SC48033 A
14  EAST PALO ALTO, CA 94303                )
                                            )
15                                          )
                                            )
16                          DEFENDANT(S).)
    -------------------------------------------
17

18       I, THE UNDERSIGNED, SAY, ON INFORMATION AND BELIEF, THAT

19  IN THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA:

20

21       COUNT: 001, ON AND BETWEEN 11/20/1999 AND 02/04/2000, IFRAN

22  ISTIFAQ ALI WHILE SAID DEFENDANT(S) WAS/WERE AN AGENT, SERVANT,

23  OR EMPLOYEE OF HOME DEPOT, DID WILLFULLY AND UNLAWFULLY TAKE

24  FROM SAID HOME DEPOT, MONEY OR PERSONAL PROPERTY OF A VALUE

25  EXCEEDING FOUR HUNDRED DOLLARS ($400), IN VIOLATION OF PENAL

26  CODE SECTION 487(A)/508 A FELONY.
```

1    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
2 TRUE AND CORRECT EXCEPT FOR THOSE THINGS STATED ON INFORMATION
3 AND BELIEF AND THOSE I BELIEVE TO BE TRUE.
4
5    EXECUTED ON  02-22-00  , AT REDWOOD CITY, CA  94063.
6
7                                      _____
  CXC                                  COMPLAINANT

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO | FILED SAN MATEO COUNTY SEP 14 2000 Clerk of the Superior Court By _____ DEPUTY CLERK |
| THE PEOPLE OF THE STATE OF CALIFORNIA Plaintiff vs. IRFAN ISTIFAQ Ali Defendant DECLARATION CONCERNING ☐ PLEA OF ☒ CHANGE OF PLEA TO GUILTY OR NOLO CONTENDERE; and FINDING and ORDER | FILED SAN MATEO COUNTY SEP 13 2000 Clerk of the Superior Court By _____ DEPUTY CLERK |

Case Number SC - CRSF 304864

SC48033

I, the above named defendant in the above-entitled criminal action, and in support of my motion, which will be made in open court personally and by my attorney, ☐ to change my plea(s) to ☐ to plead ☐ guilty ☒ nolo contendere, do declare:

1. My attorney in this action is ___Paul D. Wolf___.

2. I am charged in the ___Complaint___ in this action with having violated ___Penal Code § 487(a)___ /508___
(code, section(s), count(s))

3. I desire to ☐ plead ☒ change my plea(s) to ___no contest___ to ___
(guilty/nolo contendere)
___Penal Code § 487(a) / 508 as a felony___
(state code, section(s) and count(s), including lesser offense(s) to which plea is to be made)

4. I ___do___ understand the nature of the charge(s) against me.
(do/do not)

5. I ___have___ discussed the nature of the charge(s) against me and the possible defenses thereto with my attorney.
(have/have not)

6. My attorney ___has___ explained my constitutional rights to a trial by jury, confront witnesses against me,
(has/has not)
the process of the Court to compel the attendance of witnesses on my behalf, the right to remain silent or, if I so choose, to testify for myself.

7. I ___do___ realize that I give up these rights by pleading guilty or nolo contendere.
(do/do not)
I understand that a plea of nolo contendere has the same legal effect as a plea of guilty.

8. I understand that if I am not a citizen, conviction of the offense for which I have been charged may have the consequences of deportation, exclusion from admission to the United States or denial of naturalization.

9. My decision to ☒ change my plea(s) to ☐ plead ___no contest___
(guilty/nolo contendere (has/has not) )
been made freely and voluntarily, without threat or fear to me or anyone closely related to or associated with me.

10. My attorney ___has___ explained that the maximum penalty, including penalty assessments, which could be
(has/has not)
imposed as a result of my plea(s) of guilty or nolo contendere is ___3 years state prison; 4 years parole and a fine of $10,000.00, 10,000 restitution fine ($200 minimum)___

County Clerk Form 206 (Rev. 8/88)  CRIMINAL-PLEA OR CHANGE OF PLEA

CR-35  1/90  Rev. 8/96      10

11. I __have not__ (have/have not) been induced to plead guilty or nolo contendere by any promise or representation of a lesser, sentence, probation, regard, immunity, or anything else except:

_Imposition of sentence will be suspended and I will be placed on probation for a period of three (3) years. As a condition of probation I will be given a jail sentence of not more than 8 months. ___ Refer for probation report._

(NOTE: Any agreement on sentence where state prison is imposed included parole, and where probation is granted may still subject a defendant to the maximum penalty (see #10) if probation is later violated.)

12. I __do__ (do/do not) waive my right to be sentenced by the judge taking my plea and understand sentencing may occur before another judge.

13. I __do__ (do/do not) understand that the matter of probation and sentence is to be determined solely by the Court and will not be decided until the report and recommendation by the Probation Department has been considered.

The Court reserves the right to withdraw its consent to any sentence limitation agreement; and, in the event, I will be permitted to withdraw my plea(s) of guilty or nolo contendere and all charges will be reinstated.

EXECUTED in San Mateo County, California on ___September 13___, ___2000___

X _____
(Defendant's Signature)

___Paul D. Wolf___ states that he/she is the above-named defendant's attorney in the above-entitled action; he/she personally read and explained the contents of the above declaration to the defendant; he/she personally observed the defendant fill in, date and sign said declaration; he/she, after having investigated this case and the possible defenses thereto, concurs in the defendant's ples(s) of guilty or nolo contendere to the charge(s) as set forth by the defendant in the above declaration and stipulates there is a factual basis for the plea(s).

DATED: __9/13/00__      _____
(Attorney's Signature)

The People of the State of California, plaintiff in the above-entitled criminal action, by and through its attorney, concur and stipulate there is a factual basis for the plea(s).

DATED: __9/13/00__      JAMES P. FOX, DISTRICT ATTORNEY

By _____
Deputy — Assistant District Attorney

_The People do not concur with the above sentence limitation._

**FINDINGS AND ORDER**

The defendant personally and by his attorney in open court having this date entered a plea of ☐ guilty ☑ nolo contendere, and having been advised as to his/her rights, said plea is hereby accepted and ordered entered. The Court finds that the defendant made a knowing, intelligent and voluntary waiver of the above rights.

DATED: __9/13/00__      _____
JUDGE

County Clerk Form 206 (Rev. 8/88)                    **CRIMINAL-PLEA OR CHANGE OF PLEA**

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

**FILED NOV 21 2000**
Clerk of the Superior Court
By _____ DEPUTY CLERK

The People of the State of California,
　　　　　　　　　　　　　　　Plaintiff,

-vs-

IFRAN ISTIFAO ALI,
　　　　　　　　　　　　　　　Defendant.

Court Number: SC48039A
Dept. Number: 21

### ORDER OF COMMITMENT TO COUNTY JAIL (Amended)

The above cause came on regularly for judgment. The District Attorney, James P. Fox, by his deputy, the defendant and his counsel of record being present; and

The defendant having been duly arraigned for judgment by the Court, and no legal cause having been shown why judgment should not be pronounced;

The defendant having been convicted of crime(s) in violation of Section 487(A)/508 PC    __X__ Felony
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　____ Misd.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be and is hereby committed to the custody of the Sheriff of the County of San Mateo, to be imprisoned by him in the County Jail for the term of _____ days __eight__ months _____ year commencing on the __20__ day of __January 2001__, at __10__ a.m./p.m.

____ Run consecutive/concurrent to sentence now being served in _____.
__X__ Credit for __1__ actual days served. Plus _____ days Good Time/Work Time.

Serve _____ weekends commencing the _____ day of _____, at _____ a.m./p.m. to be released on the _____ day of _____, at _____ a.m./p.m. and for _____ consecutive weekends thereafter.

__X__ This is an original commitment as a condition of probation.
__/__ This commitment is based on a violation of probation previously granted.
____ Not eligible for county parole.
____ Electronic Monitoring Program recommended.
____ Sheriff's Work Program recommended.  ____ Denied.
____ Subject to Modification to _____ Residential Treatment Program as approved by the Probation Officer. Said Modification to become effective after serving _____ days _____ months.
____ Release this date.　　　　　　　____ Not eligible for early release.

Dated: _____

_____
JUDGE OF THE SUPERIOR COURT

Original: Court
Copy: (Green) Jail
　　　(Canary) Defendant
　　　(Gold) Probation Department

SAF
Form 4050
Rev. 3/99