# EXHIBIT G

```
 1  JAMES P FOX
    DISTRICT ATTORNEY
 2  SAN MATEO COUNTY
    STATE BAR NO. 45169
 3  BY: IVAN J NIGHTENGALE
    DEPUTY DISTRICT ATTORNEY
 4  400 COUNTY CENTER
    REDWOOD CITY, CA 94063
 5
    TELEPHONE: (650) 363-4677
 6
    ATTORNEYS FOR PLAINTIFF
 7
```

**FILED**
SAN MATEO COUNTY
MAY 1 0 2004
Clerk of the ...
By ...

 8          IN AND FOR THE SUPERIOR COURT OF CALIFORNIA

 9                       COUNTY OF SAN MATEO

10  THE PEOPLE OF THE STATE OF CALIFORNIA,  ) EP CASE  SM 333 021
                                            ) DA CASE: COM 0296327
11                              PLAINTIFF,  ) ( MISDEMEANOR )
                                            )
12                      V.                  ) COMPLAINT
                                            )
13  *IFRAN ISTIFAQ ALI                      )
    1203 GARDEN ST                          )
14  EAST PALO ALTO, CA 94303                )
                                            )
15                                          )
                                            )
16                          DEFENDANT(S).)
    -----------------------------------------
17

18      I, THE UNDERSIGNED, SAY, ON INFORMATION AND BELIEF, THAT

19  IN THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA:

20

21      COUNT: 001, ON OR ABOUT 04/15/2004, IFRAN ISTIFAQ ALI DID

22  WILLFULLY, UNLAWFULLY AND FALSELY PERSONATE MOHAMMED SHAMEER, IN

23  A PRIVATE OR OFFICIAL CAPACITY AND IN SUCH ASSUMED CHARACTER DID

24  AN ACT WHEREBY, IF DONE BY THE PERSON FALSELY PERSONATED HE

1  MIGHT, IN ANY EVENT, BECOME LIABLE TO A SUIT OR PROSECUTION, OR
2  TO PAY A SUM OF MONEY, OR TO INCUR A CHARGE FORFEITURE OR
3  PENALTY OR WHEREBY ANY BENEFIT MIGHT ACCRUE TO THE DEFENDANT, OR
4  TO ANOTHER, IN VIOLATION OF PENAL CODE SECTION 529(3).
5      AS TO DEFENDANT IFRAN ISTIFAQ ALI THE ABOVE CHARGE IS FILED
6  AS A MISDEMEANOR PURSUANT TO PENAL CODE SECTION 17(B)(4).

8      PURSUANT TO PENAL CODE SECTION 1054.5(B), THE PEOPLE ARE
9  HEREBY INFORMALLY REQUESTING THAT DEFENSE COUNSEL PROVIDE
10 DISCOVERY TO THE PEOPLE AS REQUIRED BY PENAL CODE SECTION
11 1054.3, AND PURSUANT TO THE PROVISIONS OF PENAL CODE SECTION
12 1054.7.

14     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
15 TRUE AND CORRECT EXCEPT FOR THOSE THINGS STATED ON INFORMATION
16 AND BELIEF AND THOSE I BELIEVE TO BE TRUE.

18     EXECUTED ON 05-10-04 _____, AT REDWOOD CITY, CA  94063.

20  SRL
            _____
            COMPLAINANT

2.

# EXHIBIT H

**U.S. Department of Justice**
Immigration and Naturalization Service          Subject ID : 262213893          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) ALI, Ifran Istifaq | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MBR |
|---|---|---|---|---|---|---|
| Country of Citizenship FIJI | Passport Number and Country of Issue | Case No: SFR0707000158  File Number A070149531 | Height 71 | Weight 185 | Occupation PLUMBER | |

U.S. Address
1203 GARDEN STREET   EAST PALO ALTO, CALIFORNIA,

Scars and Marks: None Indicated

Date, Place, Time, and Manner of Last Entry
03/04/1989, Unknown Time, SFR, B2, VISITOR

Passenger Boarded at

F.B.I. Number: 489060MB4

☐ Single  ☐ Divorced  ■ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension: CLC 520.3

| Date of Birth 03/03/1981   Age: 26 | Date of Action 07/05/2007 | Location Code SFR/SFR | At/Near SAN MATEO, CA | Date/Hour 07/05/2007 |
|---|---|---|---|---|

City, Province (State) and Country of Birth: OTHER, FIJI

AR [X]   Form: (Type and No.) Lifted ☐ Not Lifted ☐

By: BYOUNG PARK

NIV Issuing Post and NIV Number

Social Security Account Name: IFRAN ISTIFAQ ALI

Status at Entry: Visitor
Status When Found: IN INSTITUTION

Date Visa Issued

Social Security Number: 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

Length of Time Illegally in U.S.: OVER 1 YEAR

Immigration Record: POSITIVE - See Narrative

Criminal Record: See Narrative

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)
Nationality: FIJI, ALI, Jevlin

Number and Nationality of Minor Children: CLAIMS NONE

Father's Name, Nationality, and Address, if Known
Nationality: FIJI ALI, Janif

Mother's Present and Maiden Names, Nationality, and Address, if Known
Nationality: FIJI ALI, Yasmin

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed

Fingerprinted? ☒ Yes ☐ No

INS Systems Checks: See Narrative

Charge Code Words(s)

Name and Address of (Last)(Current) U.S. Employer

Type of Employment

Salary  Hr

Employed from/to

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1032823726

Left Index fingerprint        Right Index fingerprint

RECORDS CHECKED
----------------
CIS Pos
CLAIM Pos
DACS Pos
NCIC Pos
TECS Pos
 ...(CONTINUED ON I-831)

BYOUNG PARK
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges    bp  (Date/Initials)

Distribution:
2 - FILE
1 - AGENT
1 - RECORD

Received (Subject and Documents) (Report of Interview)
Officer: BYOUNG PARK
on July 5, 2007 at 1000 (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: JORGE PERRY

Form I-213 (Rev. 4/1/97) Y

**U.S. Department of Justice**
Immigration and Naturalization Service                           **Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| ALI, Ifran Istifaq | A070149531<br>Event No: SFR0707000158 | 07/05/2007 |

Record of Deportable/Excludable Alien:
MR. ALI came to the attention of Agent Ramsay on June 14, 2007 pursuant to his incarceration at San Mateo County Jail. On June 5, 2007 MR. ALI was arrested for the warrant on: PERSONATE TO MAKE OTHER LIABLE PC-529(B): CONVICTED MISDEMEANOR.

MR. ALI was previously convicted of:
Nov 03, 2000: GRAND THEFT PC-487(A) and EMBEZZLEMENT BY EMPLOYEE PC-508: CONVICTED FELONY
Oct 16, 2006: PERSONATE TO MAKE OTHER LIABLE PC-529.3: CONVICTED MISDEMEANOR

MR. ALI is a twenty-six years old male, native and citizen of FIJI who last entered the United States at/near San Francisco International Airport on/about March 4, 1989. MR. ALI entered the United States with B2 visa, a visitor for pleasure. MR. ALI?s father filed an asylum application in timely manner on October 2, 1989.

On December 02 2003, Asylum Office in San Francisco issued a Referral Notice stating that MR. ALI have not established that any harm he experienced in the past, considering incidents both individually and cumulatively, amounts to persecution, and that MR. ALI also have not established that there is a reasonable possibility he would suffer persecution in the future. San Francisco Asylum Office referred this case to Immigration Judge.

MR. ALI was never in custody of the United States Immigration and Customs Enforcement. MR. ALI was convicted of GRAND THEFT in 2000, Felony, and of PERSONATE TO MAKE OTHER LIABLE in 2006, Misdemeanor. From the RAP sheets, MR. ALI failed to appear for the charge and failed to appear for the program imposed for the conviction. On one of footnotes in the A-file, MR. ALI?s family also has criminal backgrounds. Based on the convictions MR. ALI has and warrants issued for MR. ALI, this Agent recommends to Detain MR. ALI Without Bond.

This Agent will issue a new I-286 since NTA was served on December 02, 2003. MR. ALI was set for a hearing on July 30, 2007. Motion to Re-calendar will be filed to EOIR.

CIS and DACS record searches revealed prior encounters with immigration. MR. ALI claims a pending I-485 application before the Department of Homeland Security. CLAIMS record check also shows that MR. ALI has I-485 pending application before DHS. MR. ALI married a Permanent Resident in 2004 and applied for I-130. I-130 was approved.

MR. ALI will be released into ICE. SUBJECT's biographical information and fingerprints will be entered into ENFORCE and IDENT upon release to ICE custody.
The following identifies MR. ALI:
FBI: 489060MB4
CII: CA21381149

MR. ALI claims and appears to be in good health.
MR. ALI has been notified of his consular rights.
MR. ALI will be provided a copy of Form I-826 and a list of free legal services.
MR. ALI is to be processed as Motion To Re-calendar.

| Signature | Title |
|---|---|
| BYOUNG PARK | IMMIGRATION ENFORCEMENT AGENT |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

U.S. Department of Justice

Immigration and Naturalization Service

**Warrant for Arrest of Alien**

File No. A070 149 531
Event No: SFR0707000158
FINS #: 1032823726
Date: July 5, 2007

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
Ifran Istifaq ALI
(Full name of alien)

an alien who entered the United States at or near SAN FRANCISCO INTERNATIONAL AIRPORT, CA on
(Port)

March 4, 1989 is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)

_____
(Print name of official)

SDDO
(Title)

---

**Certificate of Service**

Served by me at San Francisco, CA on July 5th, 2007 at 1300.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
BYOUNG PARK
(Signature of officer serving warrant)

IMMIGRATION ENFORCEMENT AGENT
(Title of officer serving warrant)

Form I-200 (Rev 4-1-97)N

# EXHIBIT I

| U.S. Department of Justice | Notice of Custody Determination |
|---|---|
| Immigration and Naturalization Service | |

Ifran Istifaq ALI

IN DHS/ICE CUSTODY
630 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111

Event No: SFR0707000158
File No: A070 149 531
Date: 07/05/2007
FIN#: 1032823726

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this Service.
☐ released under bond in the amount of $ _No Bond_.
☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

JORGE PERRY
_____
(Signature of authorized officer)

SDDO
_____
(Title of authorized officer)

SAN FRANCISCO, CA
_____
(INS office location)

☒ I do   ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

X _____          07/05/2007
(Signature of respondent)                            (Date)

---

**RESULT OF CUSTODY REDETERMINATION**

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge    ☐ District Director    ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.        ☐ Release - Order of Recognizance
☐ Detain in custody of this Service.                ☐ Release - Personal Recognizance
☐ Bond amount reset to _____              ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N