Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Ifran Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFRAN ALI,<br><br>    Petitioner,<br><br>v.<br><br>ANTHONY M. AIELLO, ET AL.,<br><br>    Respondents. | No.   C 07-4700 MMC<br><br>STIPULATION FOR EXTEND PETITIONER'S DEADLINE TO FILE TRAVERSE; [PROPOSED] ORDER |

    Petitioner, by and through his attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend Petitioner's deadline to file his traverse until Thursday, October 25, 2007, on the following grounds:

    1.    Respondents filed their return to Petitioner's petition for writ of habeas corpus on October 10, 2007. Petitioner's traverse is due Wednesday, October 24, 2007.

    2.    Due to the press of business, counsel's office is unable to meet the current deadline and respectfully requests an extension of time, until October 25, 2007, to file Petitioner's traverse. Respondents' counsel indicated no opposition to the one-day extension.

    3.    Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court extend the deadline for filing Petitioner's traverse until Thursday, October 25, 2007.

Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-4700 MMC

DATED: October 24, 2007                     Respectfully submitted,

/s/
_____
ROBERT B. JOBE[1]
Law Office of Robert B. Jobe
Attorney for Plaintiff

DATED: October 24, 2007                     SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Respondents

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that Petitioner's deadline to file his traverse is extended to Thursday, October 25, 2007.

IT IS SO ORDERED.

DATED:

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Melanie L. Proctor and I have signed this document.

Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-4700 MMC