1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Suite 200
   San Francisco, CA 94108
3  (415) 956-5513 (phone)
   (415) 840-0308 (fax)
4
   Attorney for Petitioner,
5  Ifran Ali

6                        UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO DIVISION

9
   IFRAN ALI,                          )    No.   C 07-4700 MMC
10                                     )
            Petitioner,                )
11                                     )
         v.                            )    SECOND STIPULATION TO EXTEND
12                                     )    PETITIONER'S DEADLINE TO FILE
   ANTHONY M. AIELLO, ET AL.,          )    TRAVERSE; [PROPOSED] ORDER
13                                     )
            Respondents.               )
14 _____)

15       Petitioner, by and through his attorney of record, and Defendants, by and their attorneys

16 of record, hereby stipulate, subject to the approval of the Court, to extend Petitioner's deadline to

17 file his traverse until Thursday, November 1, 2007, on the following grounds:

18       1.      Respondents filed their return to Petitioner's petition for writ of habeas corpus on

19 October 10, 2007. Pursuant to a stipulation, and the Court's approval, Petitioner's traverse is due

20 Thursday, October 25, 2007.

21       2.      Since filing their stipulation yesterday, the parties have learned that the Board of

22 Immigration Appeals ("the Board") has ruled on Petitioner's appeal of the Immigration Judge's

23 denial of his request for a bond hearing. Although the Board's October 24, 2007 decision

24 remands Petitioner's case to the IJ, the parties have not been successful in obtaining a copy of the

25 decision to determine the terms of the remand. Petitioner's counsel expects to receive the

26 decision via mail either this week or early next week. The petition before this Court will be

   rendered moot if the Board's decision holds that Petitioner is not subject to mandatory detention
27

28 Second Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
   C 07-4700 MMC

1  and is, therefore, entitled to a bond hearing.

2      3.    Accordingly, the parties respectfully request that, pursuant to their stipulation, the
3  Court extend the deadline for filing Petitioner's traverse until Thursday, November 1, 2007.

4  DATED:    October 25, 2007    Respectfully submitted,

5      /s/

6      _____
    ROBERT B. JOBE[1]
7      Law Office of Robert B. Jobe
    Attorney for Plaintiff

8  DATED:    October 25, 2007    SCOTT N. SCHOOLS
9      United States Attorney

10      /s/

11      _____
    MELANIE L. PROCTOR
    Assistant United States Attorney
12      Attorneys for Respondents

13

14

15      [PROPOSED] ORDER

16      Pursuant to stipulation, IT IS HEREBY ORDERED that Petitioner's deadline to file his
17  traverse is extended to Thursday, November 1, 2007.

18      IT IS SO ORDERED.

19

20  DATED:    October 26, 2007

21      _____
    MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Melanie L. Proctor and I have signed this document.

Second Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-4700 MMC