Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Ifran Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFRAN ALI, | No.   C 07-4700 MMC |
| Petitioner, | |
| v. | SECOND STIPULATION TO EXTEND PETITIONER'S DEADLINE TO FILE TRAVERSE; [PROPOSED] ORDER |
| ANTHONY M. AIELLO, ET AL., | |
| Respondents. | |

  Petitioner, by and through his attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend Petitioner's deadline to file his traverse until Thursday, November 1, 2007, on the following grounds:

  1. Respondents filed their return to Petitioner's petition for writ of habeas corpus on October 10, 2007.  Pursuant to a stipulation, and the Court's approval, Petitioner's traverse is due Thursday, October 25, 2007.

  2. Since filing their stipulation yesterday, the parties have learned that the Board of Immigration Appeals ("the Board") has ruled on Petitioner's appeal of the Immigration Judge's denial of his request for a bond hearing.  Although the Board's October 24, 2007 decision remands Petitioner's case to the IJ, the parties have not been successful in obtaining a copy of the decision to determine the terms of the remand.  Petitioner's counsel expects to receive the decision via mail either this week or early next week.  The petition before this Court will be rendered moot if the Board's decision holds that Petitioner is not subject to mandatory detention

Second Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-4700 MMC

1  and is, therefore, entitled to a bond hearing.

2      3.    Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court extend the deadline for filing Petitioner's traverse until Thursday, November 1, 2007.

DATED:   October 25, 2007                    Respectfully submitted,

                                                /s/

                                         ROBERT B. JOBE[1]
                                         Law Office of Robert B. Jobe
                                         Attorney for Plaintiff

DATED:   October 25, 2007                    SCOTT N. SCHOOLS
                                         United States Attorney

                                                /s/

                                         MELANIE L. PROCTOR
                                         Assistant United States Attorney
                                         Attorneys for Respondents

~~[PROPOSED]~~ ORDER

    Pursuant to stipulation, IT IS HEREBY ORDERED that Petitioner's deadline to file his traverse is extended to Thursday, November 1, 2007.

    IT IS SO ORDERED.

DATED:   October 26, 2007

                                         MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Melanie L. Proctor and I have signed this document.

Second Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-4700 MMC