Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Ifran Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IFRAN ALI,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>ANTHONY M. AIELLO, ET AL.,<br><br>　　　Respondents. | No.　C 07-4700 MMC<br><br>PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41, Petitioner through his undersigned counsel, requests that his habeas petition currently pending before the Court be dismissed. On October 24, 2007, the Board of Immigration Appeals issued a decision sustaining Petitioner's appeal, in which it concluded that Petitioner is not subject to mandatory detention and is, therefore, entitled to a bond hearing. *See* Exh. 1 (*BIA Decision*).

WHEREFORE, Petitioner prays that this Court allow him to voluntarily dismiss his habeas petition, without prejudice.

DATED:　　　November 2, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT B. JOBE
　　　　　　　　　　　　　　　　　　　　　　Law Office of Robert B. Jobe
　　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

Petitioner's Motion for Voluntary Dismissal; [Proposed] Order
C 07-4700 MMC

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Petitioner's habeas petition be dismissed without prejudice.

IT IS SO ORDERED.

DATED:   November 6, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE